Exhibit A

# Arbor One





# General Sanitation



# Broken Mechanicals



# Bullet Holes in Doors



Repairs crumbling






Pipes Leaking and Rusted Out



Leaking Ceilings



# Clogged Pipes and Standing Water



# Property Damage





# Mold and Painted Over Mold








# Substandard Installations




# Mold and Improper Treatment After Saturation





Fixes Never Completed



# Bedbug and Cockroach Infestation












