UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VTP RIVER WOODS LLC, *et al.*,

    Plaintiffs,

v.

CITY OF YPSILANTI,

    Defendant.

Case No. 24-cv-12646
Hon. Matthew F. Leitman

_____/

### ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FIRST AMENDED COMPLAINT

On October 7, 2024, Plaintiffs VTP River Woods LLC and VTP Arbor One LLC (collectively, "Plaintiffs") filed this action against Defendant City of Ypsilanti (the "City"). (*See* Compl., ECF No. 1.) In the Complaint, Plaintiffs allege that the City violated their constitutional rights when the City, among other things, selectively enforced its building codes against the Plaintiffs and retaliated against the Plaintiffs for exercising their First Amendment rights. (*See id.*)

The City has now filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot., ECF No. 8.) One of the bases for the motion is that Plaintiffs have failed to plead sufficient facts to state viable claims under the Supreme Court's decisions in *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007). (*See, e.g., id,*, PageID.194-195, 197-198.)

1

Without expressing any view regarding the merits of the motion, the Court will grant Plaintiffs the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in their allegations. The Court does not anticipate allowing Plaintiffs another opportunity to amend to add factual allegations that they could now include in their First Amended Complaint. Simply put, this is Plaintiffs' opportunity to amend their allegations to cure the alleged deficiencies in their claims.

By **December 2, 2024**, Plaintiffs shall file a notice on the docket in this action notifying the Court and the City whether they will amend their Complaint. If Plaintiffs provide notice that they will be filing a First Amended Complaint, they shall file that amended pleading by no later than **December 16, 2024**. If Plaintiffs provide notice that they will not be filing a First Amended Complaint, they shall respond to the City's motion to dismiss by no later than **December 16, 2024**.

Finally, if Plaintiffs provide notice that they will be filing a First Amended Complaint, the Court will terminate without prejudice the City's currently-pending motion to dismiss as moot. The City may file a renewed motion directed at the First Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED**.

Dated: November 13, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126