UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VTP RIVER WOODS LLC,<br>And VTP A1 LP, | Case No. 24-cv-12646 |
| | Hon. Matthew F. Leitman |
| Plaintiffs, | Mag. Judge Kimberly G. Altman |
| v. | **APPENDIX OF EXHIBITS** |
| CITY OF YPSILANTI,<br>a Michigan municipal corporation, | |
| Defendant. | |

**Exhibit A** - City - Code Chapter 18, Article 6

**Exhibit B** - Property Map

**Exhibit C** - Correction Notices

**Exhibit D** - Formal Request for Extension

**Exhinit E** - Formal Hearing Notices

**Exhibit F** - Certificate of Compliance Suspension Notice

**Exhibit G** - VTP's Freedom of Information Act Request

**Exhibit H** - Amended Cost Estimate

**Exhibit I** - Correspondence regarding Amended Cost Estimate