# Exhibit B



# ARBOR ONE
APARTMENTS & TOWNHOMES

## ARBOR ONE WEST COMMUNITY SITE MAP

Buildings: 855, 853, 849, 847, 837, 835, 843, 841, 817, 815, 831, 829, 823, 825

Green Rd.

Huron River

799 Green Rd, Ypsilanti, MI 48198   (734) 487-5751
arborone@LRmanagement.com   arboroneapts.com



Management Services, All Rights Reserved.

www.LRmanagement.com



