# Exhibit C



# City of Ypsilanti

**Building & Code Enforcement Department**           www.cityofypsilanti.com/building

July 30, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:**   **Rental Inspection – 815 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| Re-Inspection date/time: |
|---|
| 9/17/2024 @ 9am |
| **HVAC Certification due:** |
| 10/01/2026 |
| **Scheduled Inspector:** |
| Jerry Dunham |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

**605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner**
    **INSPECTOR COMMENTS:**
    **1. Light in disrepair**
    **2. Loose/hanging cable wires**

**IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.**

One South Huron Street                                          Tel:  (734) 482-1025
Ypsilanti, MI  48197

**INSPECTOR COMMENTS:**
**1. Siding missing/damaged/loose**
**2. Gutters need to be cleaned, they have vegetation growth**
**3. Clean siding**

**IPMC304.13 - Repair window - shall be kept in good repair and weather tight.**
   **INSPECTOR COMMENTS:   3 Broken windows**

**IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.**
   **INSPECTOR COMMENTS:   Damaged/missing**

**IPMC304.15 - Repair exterior door - door and hardware shall be maintained in good condition.**
   **INSPECTOR COMMENTS:   Entry doors in disrepair**

**IPMC304.6 - Repair exterior walls - shall be free from holes/breaks and loose or rotting materials and maintained weatherproof and properly surface coated where required to prevent deterioration.**
   **INSPECTOR COMMENTS:   Hole in wall**

Prior to the scheduled inspection, please be aware of the following:

- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for

==each heating unit.==

- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

## City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti

Building & Code Enforcement Department            www.cityofypsilanti.com/building

July 30, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:     Rental Inspection – 823 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| Re-Inspection date/time: |
| --- |
| 9/17/2024 @ 9 am |
| **HVAC Certification due:** |
| 10/01/2026 |
| **Scheduled Inspector:** |
| Jerry Dunham |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

**605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner**
**INSPECTOR COMMENTS:**
**1. Lights in disrepair/loose**
**2. Loose/hanging cable wire**

**IPMC102.5 - Repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance**

One South Huron Street                              Tel:  (734) 482-1025
Ypsilanti, MI  48197

with the manufacturer's instructions.

INSPECTOR COMMENTS:   Brick repair not done in a workman like manner

**IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.**

INSPECTOR COMMENTS:  Siding missing/loose/damaged

**IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.**

INSPECTOR COMMENTS:  Missing/damaged

**IPMC304.6 - Repair exterior walls - shall be free from holes/breaks and loose or rotting materials and maintained weatherproof and properly surface coated where required to prevent deterioration.**

INSPECTOR COMMENTS:
1 Bricks missing
2. Rotten/damaged wood

**IPMC603.1 - Repair the exterior vent - shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. Screens shall not be installed at dryer duct terminations.**

INSPECTOR COMMENTS:  Missing/disrepair

Prior to the scheduled inspection, please be aware of the following:

- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be

serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.

- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

## City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti

**Building & Code Enforcement Department**          www.cityofypsilanti.com/building

July 30, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:**     **Rental Inspection – 829 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| Re-Inspection date/time: |
| --- |
| starting at 9/17/24 @9am |
| **HVAC Certification due:** |
| 10/01/2026 |
| **Scheduled Inspector:** |
| Jerry Dunham |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept. **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

**604.3 Electrical system hazards. Where it is found that the electrical system in a structure constitutes a hazard to the occupants or the structure by reason of inadequate service, improper fusing, insufficient receptacle and lighting outlets, improper wiring or installation, deterioration or damage, or for similar reasons, the code official shall require the defects to be corrected to eliminate the hazard.**
     INSPECTOR COMMENTS:   Exposed wiring to upper light

One South Huron Street                                    Tel:  (734) 482-1025
Ypsilanti, MI  48197

**605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner**

    INSPECTOR COMMENTS:   Loose/hanging Cable wires

**IPMC102.5 - Repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.**

    INSPECTOR COMMENTS:   Brick repair not done in a workman like manner

**IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.**

    INSPECTOR COMMENTS:
    1. siding loose/damaged
    2. Siding needs to be cleaned

**IPMC304.10 - Repair deck/porch/balcony - shall be maintained structurally sound with proper anchorage and capable of supporting imposed loads.**

    INSPECTOR COMMENTS:   Porch foundation in disrepair

**IPMC304.13 - Repair window - shall be kept in good repair and weather tight.**

    INSPECTOR COMMENTS:
    1. Broken windows
    2. Window glass seal broken

**IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.**

    INSPECTOR COMMENTS:   Damaged/missing

**IPMC603.1 - Repair the exterior vent - shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. Screens shall not be installed at dryer duct terminations.**

    INSPECTOR COMMENTS:   In disrepair

Prior to the scheduled inspection, please be aware of the following:

- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

**City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.**

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti

Building & Code Enforcement Department     www.cityofypsilanti.com/building

July 30, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI 48198

**SUBJECT:**    **Rental Inspection – 853 GREEN ROAD**
                 **Property Type – Apartment Complex**
                 **Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| Re-Inspection date/time: |
|---|
| starting at 9/17 @ 9am |
| **HVAC Certification due:** |
| 10/01/2026 |
| **Scheduled Inspector:** |
| Jerry Dunham |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept. **Be advised**, not all requests can be granted. To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

**605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner**
      **INSPECTOR COMMENTS:**
      1. lights are in disrepair.
      2. Loose/hanging cable wires

**IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.**

> **INSPECTOR COMMENTS:  Siding loose/damaged/missing**

**IPMC304.10 - Repair deck/porch/balcony - shall be maintained structurally sound with proper anchorage and capable of supporting imposed loads.**
> **INSPECTOR COMMENTS:  Deck foundation in disrepair**

**IPMC304.13 - Repair window - shall be kept in good repair and weather tight.**
> **INSPECTOR COMMENTS:   2 broken windows**

**IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.**
> **INSPECTOR COMMENTS:  Damaged/missing**

Prior to the scheduled inspection, please be aware of the following:

- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate.  Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific

information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.

- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

### City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti

**Building & Code Enforcement Department**          www.cityofypsilanti.com/building

July 30, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:**    **Rental Inspection – 847 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| Re-Inspection date/time: |
|---|
| starting at 9/17 @ 9am |
| **HVAC Certification due:** |
| **Scheduled Inspector:** |
| Jerry Dunham |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

**IPMC102.5 - Repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.**

INSPECTOR COMMENTS:   Brick repair work not done in a workmanlike manner.

**IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.**

One South Huron Street                                    Tel:  (734) 482-1025
Ypsilanti, MI  48197

INSPECTOR COMMENTS:   Siding damaged/loose

**IPMC304.13 - Repair window - shall be kept in good repair and weather tight.**

INSPECTOR COMMENTS:
1. Broken/damaged windows
2. Window seals broken

**IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.**

INSPECTOR COMMENTS:   Damaged/missing

**IPMC304.15 - Repair exterior door - door and hardware shall be maintained in good condition.**

INSPECTOR COMMENTS:   Entry doors in disrepair

**IPMC603.1 - Repair the exterior vent - shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. Screens shall not be installed at dryer duct terminations.**

INSPECTOR COMMENTS:   Damaged/disrepair

Prior to the scheduled inspection, please be aware of the following:
- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and

accessory structures.

- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

## City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti
Building & Code Enforcement Department          www.cityofypsilanti.com/building

July 30, 2024


LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198


**SUBJECT:   Rental Inspection – 841 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## RENTAL INSPECTION CORRECTION NOTICE

| **Re-Inspection date/time:** |
| :---: |
| starting at 9/17 @ 9 am |
| **HVAC Certification due:** |
| 03/01/2026 |
| **Scheduled Inspector:** |
| Jerry Dunham |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

**IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.**
  INSPECTOR COMMENTS:
  1. Siding Missing/loose/damaged
  2. Soffit loose/damaged
  3. Siding needs to be cleaned
  4. Gutters in disrepair

---

One South Huron Street                                    Tel:  (734) 482-1025
Ypsilanti, MI  48197

**IPMC304.10 - Repair deck/porch/balcony - shall be maintained structurally sound with proper anchorage and capable of supporting imposed loads.**
INSPECTOR COMMENTS:   Porch foundation in disrepair

**IPMC304.13 - Repair window - shall be kept in good repair and weather tight.**
INSPECTOR COMMENTS:
1. Broken windows
2. Window seals broken

**IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.**
INSPECTOR COMMENTS:   Damaged/missing

**IPMC304.15 - Repair exterior door - door and hardware shall be maintained in good condition.**
INSPECTOR COMMENTS:   Entry doors in disrepair

**IPMC504.1 - All plumbing fixtures shall be maintained in a safe, sanitary and functional condition.**
INSPECTOR COMMENTS:   Hose bib in disrepair

**IPMC603.1 - Repair the exterior vent - shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. Screens shall not be installed at dryer duct terminations.**
INSPECTOR COMMENTS:   Vents in disrepair

Prior to the scheduled inspection, please be aware of the following:
- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The

inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.

- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

**City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.**

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



## City of Ypsilanti

Building & Code Enforcement Department          www.cityofypsilanti.com/building

August 12, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:**   **Rental Inspection – 835 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## <span style="color:red">INSPECTION CORRECTION NOTICE</span>

### <span style="color:red">LIST OF VIOLATIONS</span>

**IPMC102.5 - Repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.**
   **INSPECTOR COMMENTS:   Brick repair for AC unit replacement without permit is not done in a workmanlike manner**

**IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.**
   **INSPECTOR COMMENTS:**
   **1. Siding loose/damaged**
   **2. Soffit missing/loose**

**IPMC304.10 - Repair deck/porch/balcony - shall be maintained structurally sound with proper anchorage and capable of supporting imposed loads.**
   **INSPECTOR COMMENTS:   Porch foundation in disrepair**

**IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.**

**INSPECTOR COMMENTS:  Damaged/missing**

**MBC/MRC105.1 - Licensed mechanical contractor to pull a permit and call for inspection for the new air conditioner.**
**INSPECTOR COMMENTS:  Multiple AC units installed without permit**

Prior to the scheduled inspection, please be aware of the following:

- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate.  Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti.  The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

**City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.**
Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City



# City of Ypsilanti

Building & Code Enforcement Department          www.cityofypsilanti.com/building

September 5, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:**   **Rental Inspection – 835 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

**Re-Inspection date/time:**
10/03/2024 @ 9am

**Scheduled Inspector:**
Jerry Dunham

*10/3 Not Prepared will receive Violation & Hearing soon*

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

**IPMC102.5 - Repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner and installed in accordance with the manufacturer's instructions.**
   **INSPECTOR COMMENTS:**   **Brick repair for AC unit replacement without permit is not done in a workmanlike manner**

**IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.**
   **INSPECTOR COMMENTS:**
   **1. Siding loose/damaged**

One South Huron Street                                      Tel:  (734) 482-1025
Ypsilanti, MI  48197

### 2. Soffit missing/loose

**IPMC304.10 - Repair deck/porch/balcony - shall be maintained structurally sound with proper anchorage and capable of supporting imposed loads.**
      **INSPECTOR COMMENTS:   Porch foundation in disrepair**

**IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.**
      **INSPECTOR COMMENTS:   Damaged/missing**

**MBC/MRC105.1 - Licensed mechanical contractor to pull a permit and call for inspection for the new air conditioner.**
      **INSPECTOR COMMENTS:   Multiple AC units installed without permit**

Prior to the scheduled inspection, please be aware of the following:

- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection.

If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

**City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.**

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti

Building & Code Enforcement Department      www.cityofypsilanti.com/building

August 13, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:   Rental Inspection – 1433 LEFORGE**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| **Re-Inspection date/time:** |
| --- |
| September 17, 2024 starting at 9:00 AM |
| **HVAC Certification due:** |
| 06/01/2026 |
| **Scheduled Inspector:** |
| Jerry Dunham, jdunham@cityofypsilanti.com |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept; you must provide a reasonable time schedule to prepare for the inspection.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner

INSPECTOR COMMENTS:
1. Damaged AC units.
2. Loose/hanging cable wires

IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound,

sanitary, and in good repair.

INSPECTOR COMMENTS:
1. Siding loose/damaged/missing
2. Soffit damaged.  Has a hole in it that a bird flew out of.

IPMC304.13 - Repair window - shall be kept in good repair and weather tight.

INSPECTOR COMMENTS:
1.  Broken window
2. Window not install correctly.  Has big gap on the top.

IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.

INSPECTOR COMMENTS:   Damaged and  missing

IPMC304.15 - Repair exterior door - door and hardware shall be maintained in good condition.

INSPECTOR COMMENTS:   Entry doors  in disrepair

IPMC304.6 - Repair exterior walls - shall be free from holes/breaks and loose or rotting materials and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:   Wall is rotted out

IPMC304.7 - Repair the roof defects that admit rain.

INSPECTOR COMMENTS:  Porch roof in disrepair

Prior to the scheduled inspection, please be aware of the following:
- The inspectors cannot accept any paperwork onsite.  Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The

property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**

- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

## City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti

Building & Code Enforcement Department          www.cityofypsilanti.com/building

August 13, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:   Rental Inspection – 721 CLARK ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| |
|---|
| **Re-Inspection date/time:** |
| September 17, 2024 starting at 9:00 AM |
| **HVAC Certification due:** |
| 01/01/2025 |
| **Scheduled Inspector:** |
| Jerry Dunham, jdunham@cityofypsilanti.com |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept; you must provide a reasonable time schedule to prepare for the inspection.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner

INSPECTOR COMMENTS:
1. AC units damaged
2. Loose/hanging cable wires

IFC 308.1.4:  Charcoal burners and other open-flame cooking device shall not be

One South Huron Street                                      Tel:  (734) 482-1025
Ypsilanti, MI  48197

operated on combustible balconies or within 10 ft of combustible construction

INSPECTOR COMMENTS:   Grill not allowed within 10 Ft of building

IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.

INSPECTOR COMMENTS:
Siding loose/damaged
Soffit loose/damaged/missing
Tuck pointing needed

IPMC304.10 - Repair deck/porch/balcony - shall be maintained structurally sound with proper anchorage and capable of supporting imposed loads.

INSPECTOR COMMENTS:   Decking not installed to manufacturers specs.

IPMC304.13 - Repair window - shall be kept in good repair and weather tight.

INSPECTOR COMMENTS:   Broken windows.

IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.

INSPECTOR COMMENTS:   Damaged and missing

IPMC304.15 - Repair exterior door - door and hardware shall be maintained in good condition.

INSPECTOR COMMENTS:   Entry doors in disrepair

Prior to the scheduled inspection, please be aware of the following:
- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior

- to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

### City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti

**Building & Code Enforcement Department**          www.cityofypsilanti.com/building

August 13, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:**   **Rental Inspection – 720 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| **Re-Inspection date/time:** |
| :---: |
| September 17, 2024 starting at 9:00 AM |
| **HVAC Certification due:** |
| 03/01/2027 |
| **Scheduled Inspector:** |
| Jerry Dunham, jdunham@cityofypsilanti.com |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept; you must provide a reasonable time schedule to prepare for the inspection.   **Be advised**, not all requests can be granted.   To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

AREA:  Exterior Premises

604.3 Electrical system hazards. Where it is found that the electrical system in a structure constitutes a hazard to the occupants or the structure by reason of inadequate service, improper fusing, insufficient receptacle and lighting outlets, improper wiring or installation, deterioration or damage, or for similar reasons, the code official shall require the defects to be corrected to eliminate the hazard.

INSPECTOR COMMENTS:   Open electrical box with exposed wires

605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner

INSPECTOR COMMENTS:
1. AC units in disrepair
2. Loose and hanging cable wiring
3. Damaged exterior light

IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.

INSPECTOR COMMENTS:   missing/disrepair

IPMC304.15 - Repair exterior door - door and hardware shall be maintained in good condition.

INSPECTOR COMMENTS:   Maintenance and main entry doors in disrepair

IPMC304.6 - Repair exterior walls - shall be free from holes/breaks and loose or rotting materials and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:   Siding is Loose/damaged/missing

IPMC603.1 - Repair the exterior vent - shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. Screens shall not be installed at dryer duct terminations.

INSPECTOR COMMENTS:  Bird's nest in vent

IPMC605.1 - Repair light fixture - shall be maintained in a safe and approved manner.

INSPECTOR COMMENTS:   Light in disrepair

IPMC607.1 - Clean out exterior dryer vent - shall be maintained free of obstructions and shall be capable of performing the required function.  Screens shall not be installed at dryer duct termination.

INSPECTOR COMMENTS:   Vent was removed.  If a vent is no longer being used it needs to be property sealed.  Spray foam is not acceptable

Prior to the scheduled inspection, please be aware of the following:

- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

## City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the

International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti

Building & Code Enforcement Department            www.cityofypsilanti.com/building

August 13, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:   Rental Inspection — 772 GREEN ROAD**
**Property Type — Apartment Complex**
**Number of dwelling units — 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| **Re-Inspection date/time:** |
| --- |
| September 17, 2024 starting at 9:00 AM |
| **HVAC Certification due:** |
| 05/01/2027 |
| **Scheduled Inspector:** |
| Jerry Dunham, jdunham@cityofypsilanti.com |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept; you must provide a reasonable time schedule to prepare for the inspection. **Be advised**, not all requests can be granted. To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

605.1 Installation. Electrical equipment, wiring andappliances shall be properly installed and maintained in a safe and approved manner

INSPECTOR COMMENTS:   AC units in disrepair

IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.

One South Huron Street                                      Tel:  (734) 482-1025
Ypsilanti, MI  48197

INSPECTOR COMMENTS:
1. Siding loose/damage/missing
2. Chimney cap in disrepair

IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.

INSPECTOR COMMENTS:   Damaged and missing

IPMC304.15 - Repair exterior door - door and hardware shall be maintained in good condition.

INSPECTOR COMMENTS:   Entry doors in disrepair

IPMC603.1 - Repair the exterior vent - shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. Screens shall not be installed at dryer duct terminations.

INSPECTOR COMMENTS:   Loose/damaged vents

IPMC605.1 - All electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner.

INSPECTOR COMMENTS:
1. Damaged Lights
2. Loose/hanging cable wires
3. cable wire laying on the ground

Prior to the scheduled inspection, please be aware of the following:
- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The

inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.

- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

**City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.**

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti

Building & Code Enforcement Department          www.cityofypsilanti.com/building

August 13, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:** **Rental Inspection – 1431 LEFORGE**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| **Re-Inspection date/time:** |
| :---: |
| September 17, 2024 starting at 9:00 AM |
| **HVAC Certification due:** |
| 06/01/2026 |
| **Scheduled Inspector:** |
| Jerry Dunham, jdunham@cityofypsilanti.com |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept; you must provide a reasonable time schedule to prepare for the inspection.  **Be advised**, not all requests can be granted.   To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

604.3 Electrical system hazards. Where it is found that the electrical system in a structure constitutes a hazard to the occupants or the structure by reason of inadequate service, improper fusing, insufficient receptacle and lighting outlets, improper wiring or installation, deterioration or damage, or for similar reasons, the code official shall require the defects to be corrected to eliminate the hazard.

INSPECTOR COMMENTS:   Exposed electrical wiring.

605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner

INSPECTOR COMMENTS:
1. AC units in disrepair
2. Loose/ hanging/laying on ground cable wire

IFC 308.1.4: Charcoal burners and other open-flame cooking device shall not be operated on combustible balconies or within 10 ft of combustible construction

INSPECTOR COMMENTS: No Grills allowed within 10 feet of building

IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.

INSPECTOR COMMENTS: Damaged/missing

IPMC304.6 - Repair exterior walls - shall be free from holes/breaks and loose or rotting materials and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Siding loose/damaged

IPMC304.7 - Repair the roof defects.

INSPECTOR COMMENTS: Step flashing needs to be counter flashed.

Prior to the scheduled inspection, please be aware of the following:
- The inspectors cannot accept any paperwork onsite. Please email to, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and

accessory structures.

- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.

- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.

- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.

- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

**City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.**

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti

Building & Code Enforcement Department                    www.cityofypsilanti.com/building

August 13, 2024


LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198


**SUBJECT:**     **Rental Inspection – 725 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| Re-Inspection date/time: |
|---|
| September 17, 2024 starting at 9:00 AM |
| **HVAC Certification due:** |
| 03/01/2027 |
| **Scheduled Inspector:** |
| Jerry Dunham, jdunham@cityofypsilanti.com |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept; you must provide a reasonable time schedule to prepare for the inspection.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner
INSPECTOR COMMENTS:
- AC units in disrepair
- Loose hanging Cable wires
- Cover missing on cable box

IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound,

---

One South Huron Street                                        Tel:  (734) 482-1025
Ypsilanti, MI  48197

sanitary, and in good repair.
> INSPECTOR COMMENTS:
> - Siding missing, loose, damaged
> - Soffit missing, loose, damaged

IPMC304.10 - Repair deck/porch/balcony - shall be maintained structurally sound with proper anchorage and capable of supporting imposed loads.
> INSPECTOR COMMENTS:   Porch post are in disrepair/rotten

IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.
> INSPECTOR COMMENTS:   Damaged/missing

IPMC304.6 - Repair exterior walls - shall be free from holes/breaks and loose or rotting materials and maintained weatherproof and properly surface coated where required to prevent deterioration.
> INSPECTOR COMMENTS:   The wood above the lower is in disrepair/rotten

IPMC304.7 - Repair the roof defects.

INSPECTOR COMMENTS:   Shingles missing and not lying flat.

MBC/MRC105.1 - Inspection required for work completed under existing permit.

INSPECTOR COMMENTS:
Roof permit was disapproved and needs to have the corrections made and re-inspected.

Prior to the scheduled inspection, please be aware of the following:
- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and

accessory structures.

- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate.  Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti.  The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

**City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.**
Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.


We appreciate your cooperation throughout this process.


Jerry Dunham
City of Ypsilanti
Building Department



## City of Ypsilanti

Building & Code Enforcement Department          www.cityofypsilanti.com/building

August 13, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:**   **Rental Inspection – 791 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| **Re-Inspection date/time:** |
| :---: |
| September 17, 2024 starting at 9:00 AM |
| **HVAC Certification due:** |
| 03/01/2027 |
| **Scheduled Inspector:** |
| Jerry Dunham, jdunham@cityofypsilanti.com |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept; you must provide a reasonable time schedule to prepare for the inspection.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

307.1 General. Every exterior and interior flight of stairs having more than four risers shall have a handrail on one side of the stair and every open portion of a stair, landing, balcony, porch, deck, ramp or other walking surface that is more than 30 inches (762 mm) above the floor or grade below shall have guards. Handrails shall be not less than 30 inches (762 mm) in height or more than 42 inches (1067 mm) in height measured vertically above the nosing of the tread or above the finished floor of the landing or walking surfaces. Guards shall be not less than 30 inches (762 mm) in height above the floor of the landing, balcony, porch, deck, or ramp or other walking surface

---

One South Huron Street                                    Tel:  (734) 482-1025
Ypsilanti, MI  48197

INSPECTOR COMMENTS: Handrailing in disrepair

605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner

INSPECTOR COMMENTS:
1. AC units in disrepair
2. Loose/hanging cable wires
3. Cable box damaged

IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.

INSPECTOR COMMENTS:
1. Siding missing/loose/damaged
2. Soffit missing/loose/damaged

IPMC304.10 - Repair deck/porch/balcony - shall be maintained structurally sound with proper anchorage and capable of supporting imposed loads.

INSPECTOR COMMENTS: Porch foundation in disrepair

IPMC304.13 - Repair window - shall be kept in good repair and weather tight.

INSPECTOR COMMENTS: Broken Window

IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.

INSPECTOR COMMENTS: Damaged/missing

IPMC304.6 - Repair exterior walls - shall be free from holes/breaks and loose or rotting materials and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS: Wood above lower windows in despair/rotten

IPMC304.7 - Repair the roof defects.

INSPECTOR COMMENTS:   Shingles not lying flat

Prior to the scheduled inspection, please be aware of the following:

- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate.  Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti.  The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

## City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.



# City of Ypsilanti

Building & Code Enforcement Department       www.cityofypsilanti.com/building

August 13, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:**   **Rental Inspection – 1423 LEFORGE ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 30**

## EXTERIOR INSPECTION CORRECTION NOTICE

| **Re-Inspection date/time:** |
| :---: |
| September 17, 2024 starting at 9:00 AM |
| **HVAC Certification due:** |
| 03/01/2027 |
| **Scheduled Inspector:** |
| Jerry Dunham, jdunham@cityofypsilanti.com |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept; you must provide a reasonable time schedule to prepare for the inspection.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner

INSPECTOR COMMENTS:
1. AC units in disrepair
2. Loose/hanging cable wires

IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound,

One South Huron Street                                    Tel:  (734) 482-1025
Ypsilanti, MI  48197

sanitary, and in good repair.

INSPECTOR COMMENTS:
1. Siding missing/loose/damaged
2. Soffit loose/damaged/missing

IPMC304.10 - Repair deck/porch/balcony - shall be maintained structurally sound with proper anchorage and capable of supporting imposed loads.

INSPECTOR COMMENTS:
1. Porch post rotten/disrepair
2. Porch foundation in disrepair

IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.

INSPECTOR COMMENTS:   Damaged/missing

IPMC304.15 - Repair exterior door - door and hardware shall be maintained in good condition.

INSPECTOR COMMENTS:   Entry doors in disrepair

IPMC304.6 - Repair exterior walls - shall be free from holes/breaks and loose or rotting materials and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:   Wood above lower windows is in disrepair/rotted

IPMC304.7 - Repair the roof defects.

INSPECTOR COMMENTS:   Shingles missing

IPMC603.1 - Repair the exterior vent - shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. Screens shall not be installed at dryer duct terminations.

INSPECTOR COMMENTS:   Vents in disrepair

Prior to the scheduled inspection, please be aware of the following:

- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

## City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.



# City of Ypsilanti

Building & Code Enforcement Department         www.cityofypsilanti.com/building

August 13, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:**   **Rental Inspection – 1427 LEFORGE ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 24**

## EXTERIOR INSPECTION CORRECTION NOTICE

| Re-Inspection date/time: |
| --- |
| September 17, 2024 starting at 9:00 AM |
| **HVAC Certification due:** |
| 03/01/2027 |
| **Scheduled Inspector:** |
| Jerry Dunham, jdunham@cityofypsilanti.com |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept; you must provide a reasonable time schedule to prepare for the inspection.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner

INSPECTOR COMMENTS:
1. Ac units in disrepair
2. Loose/hanging Cable wires

IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound,

One South Huron Street                                    Tel:  (734) 482-1025
Ypsilanti, MI  48197

sanitary, and in good repair.

INSPECTOR COMMENTS:
1. Siding missing/loose/damaged
2. Soffit missing/loose/damaged
3. Fence in disrepair

IPMC304.10 - Repair deck/porch/balcony - shall be maintained structurally sound with proper anchorage and capable of supporting imposed loads.

INSPECTOR COMMENTS:   Porch post are damaged and rotted

IPMC304.13 - Repair window - shall be kept in good repair and weather tight.

INSPECTOR COMMENTS:   Broken Window

IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.

INSPECTOR COMMENTS:   Damaged/Missing

IPMC304.15 - Repair exterior door - door and hardware shall be maintained in good condition.

INSPECTOR COMMENTS:   Entry doors in disrepair

IPMC304.6 - Repair exterior walls - shall be free from holes/breaks and loose or rotting materials and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:   The wood above the lower windows is in disrepair/rotten.

IPMC304.7 - Repair the roof defects.

INSPECTOR COMMENTS:   Shingles missing.

MBC/MRC105.1 - Inspection required for work completed under existing permit.

INSPECTOR COMMENTS:   Roofing permit was disapproved and corrects needed

Prior to the scheduled inspection, please be aware of the following:

- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

## City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.



# City of Ypsilanti

Building & Code Enforcement Department        www.cityofypsilanti.com/building

August 13, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:**   **Rental Inspection – 721 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 30**

## EXTERIOR INSPECTION CORRECTION NOTICE

| **Re-Inspection date/time:** |
| --- |
| September 17, 2024 starting at 9:00 AM |
| **HVAC Certification due:** |
| 03/01/2027 |
| **Scheduled Inspector:** |
| Jerry Dunham, jdunham@cityofypsilanti.com |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept; you must provide a reasonable time schedule to prepare for the inspection.   **Be advised**, not all requests can be granted.   To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner

INSPECTOR COMMENTS:
1. AC units in disrepair
2. Loose/hanging cable wires

IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound,

sanitary, and in good repair.

INSPECTOR COMMENTS:
1. Sind missing/loose/damaged
2. Soffit loose/missing

IPMC304.10 - Repair deck/porch/balcony - shall be maintained structurally sound with proper anchorage and capable of supporting imposed loads.

INSPECTOR COMMENTS:
1. Foundation in disrepair
2. Post in disrepair/rotten

IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.

INSPECTOR COMMENTS:   Damaged/missing

IPMC304.7 - Repair the roof defects.

INSPECTOR COMMENTS:   Shingles Missing

Prior to the scheduled inspection, please be aware of the following:
- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for

each heating unit.

- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

## City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.

Jerry Dunham
City of Ypsilanti
Building Department



# City of Ypsilanti

Building & Code Enforcement Department          www.cityofypsilanti.com/building

August 13, 2024

LR MANAGEMENT SERV CORP
799 GREEN RD
YPSILANTI, MI  48198

**SUBJECT:**    **Rental Inspection – 801 GREEN ROAD**
**Property Type – Apartment Complex**
**Number of dwelling units – 30**

## EXTERIOR INSPECTION CORRECTION NOTICE

| Re-Inspection date/time: |
|---|
| September 17, 2024 starting at 9:00 AM |
| **HVAC Certification due:** |
| 03/01/2027 |
| **Scheduled Inspector:** |
| Jerry Dunham, jdunham@cityofypsilanti.com |

We have scheduled your property for inspection on the date noted above. All units must be available for inspection. Please contact the scheduled inspector, **in writing, at least three (3) business days prior** to the scheduled date and time if this appointment cannot be kept; you must provide a reasonable time schedule to prepare for the inspection.  **Be advised**, not all requests can be granted.  To avoid any misunderstandings, please call to verify approval of your request prior to the scheduled inspection appointment.

## LIST OF VIOLATIONS

307.1 General. Every exterior and interior flight of stairs having more than four risers shall have a handrail on one side of the stair and every open portion of a stair, landing, balcony, porch, deck, ramp or other walking surface that is more than 30 inches (762 mm) above the floor or grade below shall have guards. Handrails shall be not less than 30 inches (762 mm) in height or more than 42 inches (1067 mm) in height measured vertically above the nosing of the tread or above the finished floor of the landing or walking surfaces. Guards shall be not less than 30 inches (762 mm) in height above the floor of the landing, balcony, porch, deck, or ramp or other walking surface

One South Huron Street                                Tel:  (734) 482-1025
Ypsilanti, MI  48197

INSPECTOR COMMENTS:   Handrail in disrepair

605.1 Installation. Electrical equipment, wiring and appliances shall be properly installed and maintained in a safe and approved manner

INSPECTOR COMMENTS:
1. AC units in disrepair
2. Loose/hanging cable wires

IPMC304.1 - Repair exterior of structure- shall be maintained structurally sound, sanitary, and in good repair.

INSPECTOR COMMENTS:
1. Siding loose/ damaged
2. Gutter have vegetation growth and need to be cleaned
3. Fence in disrepair

IPMC304.14 - Repair window screen(s) - shall be tightly fitting with a minimum of 16 mesh per inch during the period from April 1 to November 1.

INSPECTOR COMMENTS:   Damaged/missing

IPMC304.6 - Repair exterior walls - shall be free from holes/breaks and loose or rotting materials and maintained weatherproof and properly surface coated where required to prevent deterioration.

INSPECTOR COMMENTS:   Wood above lower windows in disrepair/rotten

IPMC304.7 - Repair the roof defects.

INSPECTOR COMMENTS:
1. Shingles missing/loose
2. Roof has debris on it that needs to be removed

MBC/MRC105.1 - Inspection required for work completed under existing permit.

INSPECTOR COMMENTS:   Expired Mechanical permit. PMECH-19-0186

Prior to the scheduled inspection, please be aware of the following:

- The inspectors cannot accept any paperwork onsite. Please email to HousingInspectors@cityofypsilanti.com, mail in or drop off to the office.
- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $60.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.
- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections. A separate form is required for each heating unit.
- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.
- Rental property owners are required by city ordinance to provide tenants with specific information regarding voting and elections, discrimination and tenants' rights and responsibilities in the City of Ypsilanti. The complete guide containing this information can be found at https://cityofypsilanti.com/tenantsguide.
- **Inspection Procedures:** The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection at the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

**City of Ypsilanti Ordinance, Sec. 18-93. - Appeals board.**

Any person directly affected by a decision of the code official or any notice or order given by the building inspection department pursuant to the International Property Maintenance Code may request an appeal to the construction board of appeals pursuant to the provisions contained in the International Property Maintenance Code Section 111, "Means of appeal," as amended, and section 18-31 of the Ypsilanti City Code, provided that a written application for an appeal is filed within 20 days after the decision, notice, or order was served. An application for appeal shall be based on a claim that the true intent of the International Property Maintenance Code as amended or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means.

We appreciate your cooperation throughout this process.