# Exhibit F

Per the City of Ypsilanti Code of Ordinances the Rental Certificate has been suspended. The property no longer has a valid rental certificate of Compliance. Sec. 18-149 A certificate of compliance shall be issued for a multiple dwelling or one- or two-unit rental dwelling with no violations and for which all current registration information has been provided on condition that the premises remain in safe, healthful and fit condition for occupancy. The owner of the property, the address of the complying multiple dwelling or one- or two-unit rental dwelling and the expiration date shall be shown thereon. If upon reinspection, the building official determines that violations exist or the certificate has expired, the certificate shall be immediately suspended, the affected areas may be ordered vacated until the multiple dwelling or one- or two-unit rental dwelling is brought into compliance, and a temporary certificate may be issued pursuant to section 18-150 covering units not ordered vacated.