# Exhibit G

**J. ADAM BEHRENDT**
JBEHRENDT@BODMANLAW.COM
248-743-6068

BODMAN PLC
SUITE 500
201 W. BIG BEAVER ROAD
TROY, MICHIGAN 48084
248-743-6002 FAX
248-743-6000



September 25, 2024

**VIA FIRST CLASS MAIL AND EMAIL** jhealy@barrlawfirm.com

City of Ypsilanti FOIA Coordinator
John Barr
105 Pearl Street
Ypsilanti, MI 48197

Re:  Freedom of Information Act Request for Records re: Valley Tree Partners Property in Ypsilanti, Michigan

Dear John:

Please let this correspondence serve as Valley Tree Partner's request – under the Michigan Freedom of Information Act § 15.231, *et seq.* – for the following documents that may exist regarding 1431 Leforge Road, 1427 Leforge Road, 1433 Leforge Road, 1423 Leforge Road, 720 Green Road, 721 Green Road, 772 Green Road, 725 Green Road, 791 Green Road, 801 Green Road, 815 Green Road, 823 Green Road, 829 Green Road, 721 Clark Road ("the properties") in Ypsilanti, Michigan, through the date of this correspondence:

1. Any and all electronic or written communications between any City of Ypsilanti official or employee and any individual and/or corporation regarding the issuance of violations in September 2024, for the properties.

2. Any and all electronic or written communications between any City of Ypsilanti official or employee and any individual and/or corporation regarding the September 2024 decision to and ultimate suspension of rental certificate, for the properties.

3. Any and all official inspection records or unofficial records such as electronic or written communications between any City of Ypsilanti official or employee and any individual and/or corporation regarding the reason for inspection, for the properties.

4. Any and all electronic or written internal communications between any City of Ypsilanti official or employee and any individual and/or corporation, for the properties.

5. Any and all electronic or written communications between Jerry Dunham and Joe Meyers regarding inspection, plans to inspect, or changes to methods of inspection, for the properties.

September 25, 2024
Page 2

6. Any and all official complaints or electronic or written communications between any City of Ypsilanti official or employee and any other individual and/or corporation regarding complaints or just cause to inspect the properties prior to the two-year certificate of compliance inspection requirement.

7. Any and all city issuances of building violations, citations, fines issued to surrounding apartment properties in 2024 including, but not limited to:

a. **Ridgewood Apartments**
   4141 Green Meadows Blvd
b. **Arbor Haus Apartments**
   2572 Carpenter Rd
c. **The Meadows**
   1606-1890 Meadow Woods
d. **Fairway Trails**
   214 S Hewitt Rd
e. **Flo-Mar Terraces**
   2973 W Clark Rd
f. **Greenway Park Apartments**
   2756 Golfside Dr
g. **Country Meadows Apartments**
   212 Stevens Dr
h. **The Ranches of Rosebrook**
   204 S Harris St
i. **The Red Lion**
   159-209 Grove St
j. **River Drive Apartments**
   1420 Gregory St
k. **Covington Apartments**
   1926 Washtenaw Ave
l. **Roundtree Apartments**
   2835 Roundtree Blvd
m. **Huron Heights & Huron River**
   669 Woburn Dr
n. **Willow Ridge Apartments**
   2020 Arbor Cir
o. **Forest Court Apartments**
   707-844 Forest Ct
p. **Camelot Apartments**
   2982 Washtenaw Ave

September 25, 2024
Page 3

      q.  **Hamilton Crossing**
          596 S Hamilton St

If there are any fees for searching or copying these records, please inform me if the cost will exceed $300.00. However, I would also like to request a waiver of all fees in that the disclosure of the requested information is in the public interest and will contribute significantly to the public's understanding of how building violations are determined and issued. This information is not being sought for commercial purposes.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you for considering my request.

Very truly yours,

J. Adam Behrendt

JAB: