UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


VTP River Woods, LLC, et al.,

                   Plaintiff(s),

v.                                       Case No. 2:24−cv−12646−MFL−KGA
                                       Hon. Matthew F. Leitman

Ypsilanti, City of,

                   Defendant(s),
_____

## NOTICE OF REMOTE MOTION HEARING

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman for the following motion(s):

        Motion to Dismiss − #14


      • MOTION HEARING:  July 11, 2025 at 09:30 AM

    The public may access the audio proceedings with the following connection information.

    ***PHONE NUMBER:*** (646) 828−7666
    ***MEETING ID:***     161 278 2366


    Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                   By: s/Holly A Ryan_____
                                     Case Manager

Dated:   June 16, 2025