UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VTP RIVER WOODS LLC, *et al.*,

    Plaintiffs,

Case No. 24-cv-12646
Hon. Matthew F. Leitman

v.

CITY OF YPSILANTI,

    Defendant.

_____/

## ORDER (1) DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 14) AND (2) STAYING ACTION UNTIL FURTHER ORDER OF THE COURT

On July 11, 2025, the Court held an on-the-record status conference. For the reasons stated on the record during the conference, Defendant City of Ypsilanti's Motion to Dismiss (ECF No. 14) is **DENIED**.

As further explained on the record, this action is **STAYED** and there shall be no additional filings until further order of the Court.

    **IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 11, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 11, 2025, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126