UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VTP RIVER WOODS LLC, *et al.*,

    Plaintiffs,

v.

CITY OF YPSILANTI,

    Defendant.

Case No. 24-cv-12646
Hon. Matthew F. Leitman

_____/

## ORDER STAYING CASE AND DIRECTING PARTIES TO MEDIATE BEFORE THE HONORABLE VICTORIA A. ROBERTS

On July 11, 2025, the Court held an on-the-record status conference. For the reasons stated on the record during the conference, **IT IS HEREBY ORDERED** that the parties shall mediate this dispute with the Honorable Victoria A. Roberts. The Court further directs that in the event that Washtenaw County Circuit Judge Carol Kuhnke orders mediation in *Savit, et al. v. ValleyTree Partners LLC, et al.*, Case No. 25-000262 (the "Washtenaw Case"), the parties in this case shall coordinate the mediation with the parties in the Washtenaw Case to the extent possible. Finally, if Judge Kuhnke does not enter an order requiring mediation in the Washtenaw Case by September 1, 2025, then the parties shall not be required to mediate this case before Judge Roberts and the case will proceed to discovery.

1

This action is **STAYED** in all aspects other than mediation until further order of the Court.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 18, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2