**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VTP RIVER WOODS LLC,
And VTP A1 LP,

          Plaintiffs,

v.

CITY OF YPSILANTI,
a Michigan municipal corporation,
and JERRY DUNHAM.

          Defendants.

Case No. 24-cv-12646

Hon. Matthew F. Leitman
Mag. Judge Kimberly G. Altman

**INDEX OF EXHIBITS**

---

**Exhibit 1** - Arbor One Deed

**Exhibit 2** - Map of Properties

**Exhibit 3** - Arbor West Deed

**Exhibit 4** - Chapter 18, Article 6 of its Code of Ordinances

**Exhibit 5** - Exterior Correction Notices

**Exhibit 6** - Formal Hearing Notices

**Exhibit 7** - Wilderness Construction's Bid

**Exhibit 8** - Request for Extension to Comply

**Exhibit 9** - City Granting Request for Extension to Comply

**Exhibit 10** - COC Suspension Notice

**Exhibit 11** - Exterior Correction Photos

1

**Exhibit 12** - FOIA Request

**Exhibit 13** - Cease and Desist Notice

**Exhibit 14** - Paint Run Photos

**Exhibit 15** - City Communications