# EXHIBIT 1



11/03/2020 10:58 AM    Total Pages: 11
Lawrence Kestenbaum, Washtenaw Co

Feder √

Record and return to:
Madison Title Agency, LLC
1125 Ocean Avenue
Lakewood, NJ 08701
MTA 146385

## COVENANT DEED

The Grantor: Arbor One 18 LLC, a Delaware limited liability company

whose address is: 301 W. Michigan Avenue, Suite 411, Ypsilanti, Michigan 48197,

Grants and Conveys to VTP A1 LP, a Delaware limited partnership

Whose address is: 920 E. County Line Rd., Suite 103, Lakewood, New Jersey 08701

The following described premises situated in City of Ypsilanti and the Township of Ypsilanti, County of Washtenaw, State of Michigan, to wit, as further described on **Exhibit A** attached hereto and made a part hereof (the "Premises"), together with all tenements, hereditaments, improvements and appurtenances, if any, belonging or in anywise appertaining thereto; for the consideration set forth on the Real Property Transfer Valuation Affidavit filed, the receipt and adequacy of which is hereby acknowledged.   110B

The Grantor covenants and agrees that as of the date of this Deed it has not done or suffered to be done anything by which the Premises is, or may be, in any manner encumbered or charged, and Grantor warrants and agrees to defend the Premises to Grantee, its successors and assigns, against the lawful claims of all persons claiming by, through or under Grantor and against no others, subject only to those matters set forth in **Exhibit B** attached hereto (the "Permitted Exceptions").

See attached Private Road Notice
Grantor grants to the Grantee the right to make all permitted divisions under Section 108 of the Land Division Act, Act No. 288 of the Public Acts of 1967, as amended.

This property may be located within the vicinity of farmland or a farm operation. Generally accepted agricultural and management practices which may generate noise, dust, odors, and other associated conditions may be used and are protected by the Michigan Right to Farm Act.

Time Submitted for Recording
Date 10-22 20 20 Time 11:50am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

Dated: August 31, 2020



Time Submitted for Recording
Date 9-3 20 20 Time 10:25am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

Time Submitted for Recording
Date 10-28 20 20 Time 9:50am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

**WASHTENAW COUNTY TREASURER**
**TAX CERTIFICATE NO.** 34198 T72RL

Time Submitted for Recording
Date 11-3 20 20 Time 10:03am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

IN WITNESS WHEREOF, this Covenant Deed has been exected to be effective as of the date first above written.

GRANTOR:

**Arbor One 18 LLC,**
a Delaware limited liability company

By:    Arbor One, LLC,
        a Michigan limited liability company
Its:    Sole Member

        By:    Watermark Partners Fund IV GP LLC,
               a Michigan limited liability company
        Its:    Manager

        By:    _____
               Michael Schmansky
        Its:    Member

State of Michigan      )
                     )ss
County of Oakland     )

The foregoing instrument was acknowledged before me this 25 day of August, 2020, by Michael Schmanksy, a Member of Watermark Partners Fund IV GP LLC, a Michigan limited liability company, the Manager of Arbor One, LLC, a Michigan limited liability company, the Sole Member of Arbor One 18 LLC, a Delaware limited liability company, on behalf of the company.

Notary Public, Juliana Wrasse
My Commission Expires 12-15-2020

JULIANA R WRASSE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Comm. Exp. 12/15/2020
Acting in the County of Oakland
8 / 25 / 2020

| When recorded return to: | Send subsequent Tax Bills To: | Drafted by: |
|---|---|---|
| Grantee | Grantee | Nathan Lewis |
| | | 301 W. Michigan Ave. |
| | | Suite 411 |
| | | Ypsilanti, Michigan 48197 |

6559900 L.5085 P.125 Register of Deeds 11/03/2020 10:58 AM Page 3 of 11

## EXHIBIT A TO COVENANT DEED

### LEGAL DESCRIPTION

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Ypsilanti, County of Washtenaw, State of Michigan.



**TRACT I:**

Lot 1 of NEWTON ACRES SUBDIVISION, according to the plat thereof recorded in Liber 19 of Plats, Pages 4 and 5 of Washtenaw County Records.

**TRACT II:**

Part of the Northwest fractional 1/4 of Section 4, Town 3 South, Range 7 East, ~~Ypsilanti~~ *Superior* Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of fractional Section 4; thence North 88 degrees 20 minutes 30 seconds East 73.70 feet along the North line of said Section 4 and the centerline of Clark Road to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 30 seconds East 1211.40 feet along the North line of said Section 4 and the centerline of Clark Road to a point that lies North 89 degrees 55 minutes 30 seconds West 1327.26 feet along the North line of said Section 4 and the centerline of Clark Road from the North 1/4 corner of said Section 4; thence South 00 degrees 04 minutes 30 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 30 seconds West 635.25 feet; thence North 56 degrees 37 minutes 00 seconds West 492.35 feet; thence South 78 degrees 12 minutes 00 seconds West 643.43 feet; thence North 00 degrees 49 minutes 00 seconds East 391.73 feet; thence North 87 degrees 23 minutes 30 seconds West 257.75 feet; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet; thence South 89 degrees 57 minutes 00 seconds East 231.00 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 57 minutes 00 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 237.00 feet; thence South 89 degrees 58 minutes 30 seconds East 481.40 feet; thence South 00 degrees 04 minutes 30 seconds West 307.16 feet; thence South 89 degrees 55 minutes 00 seconds East 543.01 feet to the Point of Beginning.

**TRACT II ALSO DESCRIBED BY SURVEY AS FOLLOWS:**

Part of the Northwest 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of Section 4; thence North 88 degrees 22 minutes 07 seconds East 73.89 feet along the North line of said Section 4 and the centerline of Clark Road (66' wide) to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 02 seconds East 1211.40 feet along said North line of Section 4 and said centerline of Clark Road; thence South 00 degrees 04 minutes 58 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 58 seconds West 635.25 feet; thence North 56 degrees 36 minutes 32 seconds West 492.35 feet; thence South 78 degrees 14 minutes 16 seconds West 643.48 feet; thence North 00 degrees 49 minutes 00 seconds East 391.89 feet; thence North 87 degrees 23 minutes 19 seconds West 257.75 feet to a point on the West line of said Section 4; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet along said West line; thence South 89 degrees 58 minutes 20 seconds East 231.17 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 58 minutes 20 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 238.83 feet; thence South 89 degrees 43 minutes 18 seconds East 481.40 feet; thence South 00 degrees 04 minutes 58 seconds West 307.16 feet; thence South 89 degrees 54 minutes 32 seconds East 543.01 feet to the Point of Beginning.

**TRACT III:**



That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, formerly in Ypsilanti Township, now in the City of Ypsilanti, Washtenaw County, Michigan, described as follows: Starting at the Northeast corner of said Section 5; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, being also the centerline of LaForge Road, a distance of 620.40 feet to the POINT OF BEGINNING of the premises hereinafter described; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, a distance of 402.60 feet to a point; thence Due West parallel with the North line of said Section 5, a distance of 577.00 feet (measured North 89 degrees 59 minutes 54 seconds West 576.20 feet); thence North 00 degrees 49 minutes 00 seconds East and parallel with the East line of Section 5, a distance of 267.00 feet to a point; thence Due West a distance of 62.00 feet to a point; thence North 00 degrees 49 minutes 00 seconds East, a distance of 135.60 feet (measured North 00 degrees 46 minutes 59 seconds East 135.43 feet) to a point; thence Due East, a distance of 639.00 feet (measured North 89 degrees 58 minutes 44 seconds East 638.20 feet) to the POINT OF BEGINNING, EXCEPT the Easterly 43 feet thereof.

**TRACT III ALSO DESCRIBED BY SURVEY AS FOLLOWS:**

That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, City of Ypsilanti, Washtenaw County, Michigan, described as follows: Commencing at the Northeast corner of said Section 5; thence North 89 degrees 58 minutes 50 seconds West, 42.65 feet; thence South 00 degrees 49 minutes 00 seconds: West, 620.40 feet along the Westerly 43 foot right of way line of LaForge Road to the Point of Beginning, said point also being the intersection of the Westerly right of way line of said LaForge Road and the Southerly right of way line of Green Road (50 feet wide); thence South 00 degrees 49 minutes 00 seconds West, 402.60 feet along the Westerly right of way line of said LaForge Road; thence North 89 degrees 58 minutes 50 seconds West, 534.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 267.00 feet; thence North 89 degrees 58 minutes 50 seconds West, 62.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 135.60 feet to a point on the Southerly right of way line of said Green Road; thence South 89 degrees 58 minutes 50 seconds East, 596.00 feet to the Point of Beginning.

NOTE FOR INFORMATION:  Being Parcel No. 11-11-05-100-001 (Tract I), K-11-04-200-013 (Tract II) and 11-11-05-100-007 (Tract III), of the City of Ypsilanti, County of Washtenaw

**EXHIBIT B TO COVENANT DEED**

**PERMITTED EXCEPTIONS**

1. Rights of tenants in possession, as tenants only, under unrecorded leases pursuant to the attached rent roll, with no rights to purchase or rights of first refusal to purchase of all any portion of the property.
2. Taxes for the year 2020 and all subsequent years, a lien not yet due and payable.
3. The rights of upper and lower riparian owners and the rights of others to the free and unobstructed flow of the water of the Superior Number One Drain extending through the subject land, without diminution or pollution.
4. No title is insured to any land now or formerly lying in the bed of the Superior Number One Drain and its shore lands extending to the ordinary high-water mark thereof.
5. No title is insured to any land lying in the bed of LeForge Road, abutting, adjoining, passing through or crossing the premises herein.
6. Agreement between Gordon, Shubow and Oliver, The Detroit Edison Company and Michigan Bell Telephone Company recorded on October 16, 1967 in Liber 1220 Page 569. (As to Tract I).
7. Conditions, restrictions, covenants, easements and agreements in Easement Grant and Declaration of Restrictions dated September 28, 1967 and recorded November 28, 1967 in Washtenaw County in Liber 1226 Page 285 and any amendments thereto. (As to Tract I).
8. Agreement between Mill Development Company, The Detroit Edison Company and Michigan Bell Telephone Company recorded on February 13, 1968 in Liber 1234 Page 421. (As to Tracts I and III).
9. Right-of-Way Agreement between Highland Construction Company and Michigan Consolidated Gas Company recorded on January 23, 1973 in Liber 1426 Page 511. (As to Tract II).
10. Agreement - Easement - Restrictions recorded on April 27, 1973 in Liber 1436 Page 583 and re-recorded on March 20, 1974 in Liber 1471 Page 673. (As to Tract II).
11. Grant of Easement to Comcast of the South, Inc. recorded on September 20, 2004 in Liber 4425 Page 886. (As to Tract II).
12. Grant of Easement to Comcast of the South, Inc. recorded on October 13, 2005 in Liber 4514 Page 74. (As to Tract II).
13. Grant of Easement to Comcast of the South, Inc. recorded on April 30, 2013 in Liber 4974 Page 962. (As to Tract III).
14. Grant of Easement to Comcast of the South, Inc. recorded on April 30, 2013 in Liber 4974 Page 963. (As to Tract II).
15. As to Tract I:
    The following matters disclosed by Survey prepared by Kevin Navaroli of Nowak & Fraus, Project/Job Number G208, dated 03/02/2020, last revised 8|24 |2020
    a. Fences, Trashes enclosure walls and asphalt extends beyond westerly property line;
    b. Walls encroach easement as reflected in Liber 1220, page 569 and Liber 1226, page 285;

c. Rights of others, both public and private in and to manholes, catch basins, fire hydrants, cleanouts, guy wires, utility poles, gas regulators, sanitary lines, storm sewer lines, cables tv and cables phone on or crossing subject property.

As to Tract II:
The following matters disclosed by Survey prepared by Kevin Navaroli of Nowak & Fraus, Project/Job Number G208, dated 03/02/2020, last revised _8/24/2020_
a. Fences do not coincide with property lines;
b. Rights of others, both public and private, in and to guy wires, gas services, catch basins, manholes, storm lines, fire hydrants, electric risers, electric meters, light poles, overhead line, utility poles, overhead lines, utility cables, sanitary lines, utility boxes and utility cable son or crossing subject property.

As to Tract III:

The following matters disclosed by Survey prepared by Kevin Nayaroli of Nowak & Fraus, Project/Job Number G208, dated 03/02/2020, last revised _8/24/2020_,
a. Fence and wall do not coincide with southerly property line;
b. Sign encroaches easterly property line;
c. Asphalt extends beyond easterly property line;
d. Rights of others, both public and private, in and to utility poles, overhead lines, utility boxes, sanitary lines, fire hydrants, manholes, water main line, transformers, catch basins, storm sewer lines, cleanouts, gas and utility cables on or crossing subject property.

## EXHIBIT A TO COVENANT DEED

### LEGAL DESCRIPTION

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Ypsilanti, County of Washtenaw, State of Michigan.

**TRACT I:**

Lot 1 of NEWTON ACRES SUBDIVISION, according to the plat thereof recorded in Liber 19 of Plats, Pages 4 and 5 of Washtenaw County Records.

**TRACT II:**

Part of the Northwest fractional 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of fractional Section 4; thence North 88 degrees 20 minutes 30 seconds East 73.70 feet along the North line of said Section 4 and the centerline of Clark Road to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 30 seconds East 1211.40 feet along the North line of said Section 4 and the centerline of Clark Road to a point that lies North 89 degrees 55 minutes 30 seconds West 1327.26 feet along the North line of said Section 4 and the centerline of Clark Road from the North 1/4 corner of said Section 4; thence South 00 degrees 04 minutes 30 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 30 seconds West 635.25 feet; thence North 56 degrees 37 minutes 00 seconds West 492.35 feet; thence South 78 degrees 12 minutes 00 seconds West 643.43 feet; thence North 00 degrees 49 minutes 00 seconds East 391.73 feet; thence North 87 degrees 23 minutes 30 seconds West 257.75 feet; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet; thence South 89 degrees 57 minutes 00 seconds East 231.00 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 57 minutes 00 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 237.00 feet; thence South 89 degrees 58 minutes 30 seconds East 481.40 feet; thence South 00 degrees 04 minutes 30 seconds West 307.16 feet; thence South 89 degrees 55 minutes 00 seconds East 543.01 feet to the Point of Beginning.

### TRACT II ALSO DESCRIBED BY SURVEY AS FOLLOWS:

Part of the Northwest 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of Section 4; thence North 88 degrees 22 minutes 07 seconds East 73.89 feet along the North line of said Section 4 and the centerline of Clark Road (66' wide) to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 02 seconds East 1211.40 feet along said North line of Section 4 and said centerline of Clark Road; thence South 00 degrees 04 minutes 58 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 58 seconds West 635.25 feet; thence North 56 degrees 36 minutes 32 seconds West 492.35 feet; thence South 78 degrees 14 minutes 16 seconds West 643.48 feet; thence North 00 degrees 49 minutes 00 seconds East 391.89 feet; thence North 87 degrees 23 minutes 19 seconds West 257.75 feet to a point on the West line of said Section 4; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet along said West line; thence South 89 degrees 58 minutes 20 seconds East 231.17 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 58 minutes 20 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 238.83 feet; thence South 89 degrees 43 minutes 18 seconds East 481.40 feet; thence South 00 degrees 04 minutes 58 seconds West 307.16 feet; thence South 89 degrees 54 minutes 32 seconds East 543.01 feet to the Point of Beginning.

APPROVED: YPSILANTI TOWNSHIP

NOV 0 1 2020

FOR RECORDING PURPOSES ONLY

Record and return to:
Madison Title Agency, LLC
  1125 Ocean Avenue
  Lakewood, NJ 08701
  MTA 146385

PRIVATE ROAD NOTICE THIS NOTICE is given pursuant to MCL 560.261

BY:  ARBOR ONE 18 LLC

Whose address is:  301 W. MICHIGAN AVE., SUITE 411, YPSILANTI, MI  48197

TO:  VTP A1 LP

Whose Address is:  920 E. COUNTY LINE RD., SUITE 103, LAKEWOOD, NJ  08701

PARTIES to a certain Sales Agreement for the sale of a parcel of land in the City of Ypsilanti, County of Washtenaw, and State of Michigan, described as follows:

See attached Exhibit A

Commonly known as:  799 Green Rd., Ypsilanti, Michigan  48198

SELLER hereby advises Purchaser that said parcel of land abuts a private road that has not been accepted for maintenance by the Washtenaw County Road Commission or any other public body.

THIS Notice is made on August 31, 2020 .

[Signature on Following Page]

Signed By:

ARBOR ONE 18 LLC
By: Arbor One LLC, its sole member
By: Watermark Partners Fund IV GP LLC, is manager

By: _____
Michael Schmansky

Its:    Member

COUNTY OF _Oakland_
STATE OF MICHIGAN

The foregoing instrument was acknowledged before me on _August 25, 2020_ by Michael Schmansky, the member of Watermark Partners Fund IV GP LLC, the manager of Arbor One LLC, the sole member of Arbor One 18 LLC.

Notary Public, _Oakland_ County,
Acting in _Oakland_ County,
State of _MI_
Commission Expires: _12-15-2020_

JULIANA R WRASSE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Comm. Exp. 12/15/2020
Acting in the County of Oakland
Date 8/26/2020

Drafted By: Nathan Lewis, 301 W. Michigan Ave., Suite 411, Ypsilanti, MI  48197

After recording, return to: VTP A1 LP, 920 E. County Line Rd., Suite 103, Lakewood, NJ  08701

Exhibit A

# Old Republic National Title Insurance Company

Commitment Number: 146385

## TITLE INSURANCE COMMITMENT
## SCHEDULE A
## LEGAL DESCRIPTION

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Ypsilanti, County of Washtenaw, State of Michigan.

### TRACT I:

Lot 1 of NEWTON ACRES SUBDIVISION, according to the plat thereof recorded in Liber 19 of Plats, Pages 4 and 5 of Washtenaw County Records.

### TRACT II:

Part of the Northwest fractional 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of fractional Section 4; thence North 88 degrees 20 minutes 30 seconds East 73.70 feet along the North line of said Section 4 and the centerline of Clark Road to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 30 seconds East 1211.40 feet along the North line of said Section 4 and the centerline of Clark Road to a point that lies North 89 degrees 55 minutes 30 seconds West 1327.26 feet along the North line of said Section 4 and the centerline of Clark Road from the North 1/4 corner of said Section 4; thence South 00 degrees 04 minutes 30 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 30 seconds West 635.25 feet; thence North 56 degrees 37 minutes 00 seconds West 492.35 feet; thence South 78 degrees 12 minutes 00 seconds West 643.43 feet; thence North 00 degrees 49 minutes 00 seconds East 391.73 feet; thence North 87 degrees 23 minutes 30 seconds West 257.75 feet; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet; thence South 89 degrees 57 minutes 00 seconds East 231.00 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 57 minutes 00 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 237.00 feet; thence South 89 degrees 58 minutes 30 seconds East 481.40 feet; thence South 00 degrees 04 minutes 30 seconds West 307.16 feet; thence South 89 degrees 55 minutes 00 seconds East 543.01 feet to the Point of Beginning.

### TRACT II ALSO DESCRIBED BY SURVEY AS FOLLOWS:

Part of the Northwest 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of Section 4; thence North 88 degrees 22 minutes 07 seconds East 73.89 feet along the North line of said Section 4 and the centerline of Clark Road (66' wide) to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 02 seconds East 1211.40 feet along said North line of Section 4 and said centerline of Clark Road; thence South 00 degrees 04 minutes 58 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 58 seconds West 635.25 feet; thence North 56 degrees 36 minutes 32 seconds West 492.35 feet; thence South 78 degrees 14 minutes 16 seconds West 643.48 feet; thence North 00 degrees 49 minutes 00 seconds East 391.89 feet; thence North 87 degrees 23 minutes 19 seconds West 257.75 feet to a point on the West line of said Section 4; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet along said West line; thence South 89 degrees 58 minutes 20 seconds East 231.17 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 58 minutes 20 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 238.83 feet; thence South 89

This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Old Republic National Title Insurance Company, This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.

## SCHEDULE A
## LEGAL DESCRIPTION
(Continued)

degrees 43 minutes 18 seconds East 481.40 feet; thence South 00 degrees 04 minutes 58 seconds West 307.16 feet; thence South 89 degrees 54 minutes 32 seconds East 543.01 feet to the Point of Beginning.

**TRACT III:**

That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, formerly in Ypsilanti Township, now in the City of Ypsilanti, Washtenaw County, Michigan, described as follows: Starting at the Northeast corner of said Section 5; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, being also the centerline of LaForge Road, a distance of 620.40 feet to the POINT OF BEGINNING of the premises hereinafter described; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, a distance of 402.60 feet to a point; thence Due West parallel with the North line of said Section 5, a distance of 577.00 feet (measured North 89 degrees 59 minutes 54 seconds West 576.20 feet); thence North 00 degrees 49 minutes 00 seconds East and parallel with the East line of Section 5, a distance of 267.00 feet to a point; thence Due West a distance of 62.00 feet to a point; thence North 00 degrees 49 minutes 00 seconds East, a distance of 135.60 feet (measured North 00 degrees 46 minutes 59 seconds East 135.43 feet) to a point; thence Due East, a distance of 639.00 feet (measured North 89 degrees 58 minutes 44 seconds East 638.20 feet) to the POINT OF BEGINNING, EXCEPT the Easterly 43 feet thereof.

**TRACT III ALSO DESCRIBED BY SURVEY AS FOLLOWS:**

That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, City of Ypsilanti, Washtenaw County, Michigan, described as follows: Commencing at the Northeast corner of said Section 5; thence North 89 degrees 58 minutes 50 seconds West, 42.65 feet; thence South 00 degrees 49 minutes 00 seconds: West, 620.40 feet along the Westerly 43 foot right of way line of LaForge Road to the Point of Beginning, said point also being the intersection of the Westerly right of way line of said LaForge Road and the Southerly right of way line of Green Road (50 feet wide); thence South 00 degrees 49 minutes 00 seconds West, 402.60 feet along the Westerly right of way line of said LaForge Road; thence North 89 degrees 58 minutes 50 seconds West, 534.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 267.00 feet; thence North 89 degrees 58 minutes 50 seconds West, 62.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 135.60 feet to a point on the Southerly right of way line of said Green Road; thence South 89 degrees 58 minutes 50 seconds East, 596.00 feet to the Point of Beginning.

NOTE FOR INFORMATION: Being Parcel No. 11-11-05-100-001 (Tract I), K-11-04-200-013 (Tract II) and 11-11-05-100-007 (Tract III), of the City of Ypsilanti, County of Washtenaw

**NOTE: The Property tax parcel identification number is provided solely for informational purposes, without warranty as to accuracy or completeness and is not hereby insured.**

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Old Republic National Title Insurance Company, This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

ALTA Commitment for Title Insurance (8-1-16)

146385