# EXHIBIT 2

# ARBOR ONE WEST COMMUNITY SITE MAP

ARBOR ONE
APARTMENTS & TOWNHOMES

GREEN RD.

GREEN RD.

GREEN RD.

GREEN RD.

Huron River

815
817
823
825
829
831
835
837
841
843
847
849
853
855

799 Green Rd, Ypsilanti, MI 48198   (734) 487-5751

arborone@LRmanagement.com   arboroneapts.com

www.LRmanagement.com

Management Services. All Rights Reserved.

