# EXHIBIT 3

3

L: 5484 P: 293   6651122   D
05/26/2022 11:08 AM   Total Pages. 6
Lawrence Kestenbaum, Washtenaw Co



Record and Return to:
Madison Title Agency, LLC
National Commercial Dept
1125 Ocean Avenue
Lakewood, NJ 08701
MTA __174667__

**COVENANT DEED**

Time Submitted for Recording
Date 5/26 2022 Time 9:35 am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

KNOW ALL MEN BY THESE PRESENTS: that **THE PARK AT RIVER WOODS LP**, a Delaware limited partnership ("Grantor"), whose address is 7366 Lincoln Ave, Ste 304, Lincolnwood, IL 60712, hereby conveys, sets over and transfers to **VTP RIVER WOODS LLC**, a Delaware limited liability company ("Grantee"), whose address is 920 E. County Line Rd., Suite 103, Lakewood, New Jersey 08701, the certain real property situated in the City of Ypsilanti, Washtenaw County, State of Michigan, commonly known as 855 Green Road, Ypsilanti, Michigan as more particularly described on **Exhibit A** attached hereto and incorporated herein by reference (the "**Real Property**"), together with all of Grantor's rights in all easements or rights-of-way abutting or adjoining and benefitting the Real Property; all air, mineral and riparian rights; all tenements, hereditaments, retention ponds, utilities, privileges and appurtenances belonging or in any way appertaining thereto; and all buildings, structures, parking areas, improvements, landscaping, timber, crops, and fixtures situated thereupon, for the full consideration set forth on the Real Estate Transfer Tax Valuation Affidavit, the receipt and sufficiency of which is hereby acknowledged, subject to the following: (i) real estate taxes and assessments not yet due and payable which have become a lien on the Real Property; (ii) those matters set forth in **Exhibit B** attached hereto; (iii) the rights of tenants under leases, as tenants only; (iv) matters arising out of any act of Grantee or its agents, employees or representatives; and (v) existing restrictions of record, easements for public utilities and driveways, and zoning ordinances (collectively, the "**Permitted Encumbrances**").

TO        HAVE        AND        TO        HOLD        the        Real Property in fee simple forever, unto Grantee, its legal representatives, successors and assigns, and Grantor does hereby covenant title to the above described property, rights and interests and binds itself and its legal representatives, successors and assigns to covenant and forever defend all and singular the above described property and interests unto the said Grantee, its successors, legal representatives and assigns, against the claims of all persons claiming by, through or under Grantor but not otherwise, subject, however, to the Permitted Encumbrances.

Aside from the Permitted Encumbrances, the Grantor covenants and agrees that the Grantor has not previously done or committed or willingly suffered to be done or committed any act, matter, or thing that would cause the premises or any part of them to be charged or encumbered in title, estate, or otherwise. The Grantor hereby covenants that it will defend the above-described property unto Grantee, its heirs and assigns, against the lawful claims and demands of all persons claiming by, from or under Grantor, but against no other claims or persons. *TTOB*

Dated: May 12, 2022.

Time Submitted for Recording
Date 5/24 2022 Time 10:38 a
Lawrence Kestenbaum
Washtenaw County Clerk/Register

Time Submitted for Recording
Date 5-17 2022 Time 10:11 am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

WASHTENAW COUNTY TREASURER
TAX CERTIFICATE NO. B8029T13LK

**IN WITNESS WHEREOF**, this Covenant Deed has been executed to be effective as of the date first above written.

**GRANTOR:**

**THE PARK AT RIVER WOODS LP**
a Delaware limited partnership

By: _____
　　　Name: Yechiel Lopiansky
　　　Its: Authorized representative

STATE OF MICHIGAN　　　　　　)
　　　　　　　　　　　　　　　　　　) ss.
COUNTY OF O_ahland　　　　　　)

The foregoing instrument was acknowledged before me this _16_ day of May, 2022, by Yechiel Lopiansky, authorized representative of The Park at River Woods LP, a Delaware limited partnership, on behalf of the limited partnership.

_____
Notary Public, State of _____
My Commission Expires: _____
Acting in the County of _____

> MOSHE MORDECHAI SHERIZEN
> Notary Public, State of Michigan
> County of Oakland
> My Commission Expires May 29, 2024
> Acting in the County of Oakland

DRAFTED BY:
Aidenbaum Schloff and Bloom PLLC
Elliott B. Indig
6960 Orchard Lake Road, Suite 250
West Bloomfield, Michigan 48322

AFTER RECORDING RETURN TO:
　　　　GRANTEE

SEND SUBSEQUENT TAX BILLS TO:
GRANTEE

2

## EXHIBIT A TO DEED

## LEGAL DESCRIPTION OF REAL PROPERTY

Land situated in the City of Ypsilanti, County of Washtenaw, State of Michigan, more particularly described as follows: described as follows:

Starting at the Northeast corner of said Section 5, Town 3 South, Range 7 East, City of Ypsilanti, Washtenaw County, Michigan; thence West along the North line of the Northeast 1/4 of said section being also known as the centerline of Clark Road, a distance of 1056.00 feet to a point; thence South 0 degrees 49 minutes 00 seconds West along a line parallel to the East line of the Northeast 1/4 of said Section 5, being also known as the centerline of LeForge Road, a distance of 391.71 feet to a point of beginning of the premises hereinafter described; thence South 0 degrees 49 minutes 00 seconds West a distance of 228.69 feet to a point; thence East a distance of 417.00 feet to a point; thence South 0 degrees 49 minutes 00 seconds West a distance of 135.60 feet to a point; thence East, a distance of 62.00 feet to a point; thence South 00 degrees 49 minutes 00 seconds West a distance of 267.00 feet to a point; thence West a distance of 799.20 feet to the water's edge of Huron River; thence along the water's edge of Huron River in the following four courses: North 01 degrees 59 minutes 30 seconds West a distance of 144.08 feet; thence North 31 degrees 15 minutes 00 seconds West a distance of 163.19 feet; thence North 47 degrees 59 minutes 30 seconds West a distance of 191.98 feet; thence North 48 degrees 36 minutes 30 seconds West a distance of 28.13 feet; thence North 44 degrees 30 minutes 00 seconds East, a distance of 282.00 feet to a point; thence South 45 degrees 30 minutes 00 seconds East a distance of 35.00 feet to a point, thence North 43 degrees 18 minutes 31 seconds East a distance of 50.28 feet to a point; thence South 77 degrees 17 minutes 35 seconds East a distance of 32.40 feet; thence South 46 degrees 58 minutes 19 seconds a distance of 71.53 feet; thence North 44 degrees 30 minutes 00 seconds East a distance of 60.83 feet; thence East, a distance of 198.98 feet to a point of beginning, being part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, City of Ypsilanti, Washtenaw County, Michigan, except that part for Green Road as disclosed in Liber 1299, Page 216, Washtenaw County Records as described as follows: That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7East, formerly in Ypsilanti Township, now in the City of Ypsilanti, Washtenaw County, Michigan, bounded and described as follows: Starting at the Northeast 1/4 of said Section 5; thence due West along the North line of the Northeast 1/4 of said Section 5, being also the centerline of Clark Road, a distance of 1056.0 feet to the point of beginning; thence due West along the North line of the Northeast 1/4 of said Section 5, a distance of 33.0 feet to a point; thence South 0 degrees 49 minutes 00 seconds West parallel with the East line of the Northeast 1/4 of said Section 5, a distance of 620.4 feet to a point; thence due East, a distance of 33.0 feet to a point, thence North 0 degrees 49 minutes 00 seconds East, a distance of 620.4 feet to the point of beginning, being the same property as described in survey dated March 8, 1993 by Basney &Smith, Inc.

Commonly known as: 835-855 Green Road
Tax Parcel Number: 11-11-05-100-006

Being further described on a Survey prepared by Jonathan Murphy, PLS of Murphy Geomatics dated

3/16/2022 as follows:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE CITY OF YPSILANTI, COUNTY OF WASHTENAW, STATE OF MICHIGAN. STARTING AT THE NORTHEAST CORNER OF SAID SECTION 5, TOWN 3 SOUTH, RANGE 7 EAST, CITY OF YPSILANTI, WASHTENAW COUNTY, MICHIGAN; THENCE WEST ALONG THE NORTH LINE OF THE NORTHEAST 1/4 OF SAID SECTION BEING ALSO KNOWN AS THE CENTERLINE OF CLARK ROAD, A DISTANCE OF 1056.00 FEET TO A POINT; THENCE SOUTH 0 DEGREES 49 MINUTES 00 SECONDS WEST ALONG A LINE PARALLEL TO THE EAST LINE OF THE NORTHEAST 1/4 OF SAID SECTION 5, BEING ALSO KNOWN AS THE CENTERLINE OF LEFORGE ROAD, A DISTANCE OF 391.71 FEET TO A POINT OF BEGINNING OF THE PREMISES HEREINAFTER DESCRIBED;

FROM THE POINT OF BEGINNING; THENCE, S 01° 51' 51" E FOR A DISTANCE OF 228.69 FEET TO A POINT; THENCE, N 87° 19' 05" E FOR A DISTANCE OF 417.00 FEET TO A POINT; THENCE, S 01° 51' 55" E FOR A DISTANCE OF 135.60 FEET TO A POINT; THENCE, N 87° 19' 05" E FOR A DISTANCE OF 62.00 FEET TO A POINT; THENCE, S 01° 51' 55" E FOR A DISTANCE OF 267.00 FEET TO A POINT; THENCE, S 87° 19' 05" W FOR A DISTANCE OF 799.20 FEET TO A POINT ALONG THE EDGE OF THE HURON RIVER; THENCE THE FOLLOWING 4 COURESES:

N 04° 40' 25" W FOR A DISTANCE OF 144.08 FEET TO A POINT;
N 33° 55' 55" W FOR A DISTANCE OF 163.19 FEET TO A POINT;
N 50° 40' 25" W FOR A DISTANCE OF 191.98 FEET TO A POINT;
N 51° 17' 25" W FOR A DISTANCE OF 28.13 FEET TO A POINT;

THENCE, N 41° 49' 05" E FOR A DISTANCE OF 282.00 FEET TO A POINT; THENCE, S 48° 10' 55" E FOR A DISTANCE OF 35.00 FEET TO A POINT; THENCE, N 40° 37' 36" E FOR A DISTANCE OF 50.28 FEET TO A POINT; THENCE, S 79° 58' 30" E FOR A DISTANCE OF 32.40 FEET TO A POINT; THENCE, S 49° 39' 14" E FOR A DISTANCE OF 71.53 FEET TO A POINT; THENCE, N 41° 49' 05" E FOR A DISTANCE OF 60.83 FEET TO A POINT; THENCE N 87° 19' 05" E A DISTANCE OF 198.98 FEET TO THE POINT OF BEGINNING. BEING PART OF THE NORTHEAST 1/4 OF SECTION 5, TOWN 3 SOUTH, RANGE 7 EAST, CITY OF YPSILANTI, WASHTENAW COUNTY, MICHIGAN, EXCEPT THAT PART FOR GREEN ROAD AS DISCLOSED IN LIBER 1299, PAGE 216, WASHTENAW COUNTY RECORDS AS DESCRIBED AS FOLLOWS: THAT PART OF THE NORTHEAST 1/4 OF SECTION 5, TOWN 3 SOUTH, RANGE 7 EAST, FORMERLY IN YPSILANTI TOWNSHIP, NOW IN THE CITY OF YPSILANTI, WASHTENAW COUNTY, MICHIGAN, BOUNDED AND DESCRIBED AS FOLLOWS: STARTING AT THE NORTHEAST 1/4 OF SAID SECTION 5; THENCE DUE WEST ALONG THE NORTH LINE OF THE NORTHEAST 1/4 OF SAID SECTION 5, BEING ALSO THE CENTERLINE OF CLARK ROAD, A DISTANCE OF 1056.0 FEET TO THE POINT OF BEGINNING; THENCE DUE WEST ALONG THE NORTH LINE OF THE NORTHEAST 1/4 OF SAID SECTION 5, NORTH 88 DEGREES 08 MINUTES 05 SECONDS EAST, A DISTANCE OF 33 FEET TO A POINT; THENCE SOUTH 1 DEGREES 51 MINUTES 51 SECONDS WEST PARALLEL WITH THE EAST LINE OF THE

NORTHEAST 1/4 OF SAID SECTION 5, A DISTANCE OF 620.4 FEET TO A POINT; THENCE SOUTH 87 DEGREES 19 MINUTES 05 SECONDS WEST, A DISTANCE OF 33 FEET TO A POINT, THENCE NORTH 1 DEGREES 51 MINUTES 51 SECONDS EAST, A DISTANCE OF 620.4 FEET TO THE POINT OF BEGINNING.

For information only: Address reference: 815-855 Green Road, Ypsilanti, Michigan 48198

NOTE FOR INFORMATION: Being Parcel No. 11-11-05-100-006, of the City of Ypsilanti, County of Washtenaw.

## EXHIBIT B TO DEED

### PERMITTED ENCUMBRANCES

1. Agreement made by and between Mill Development Company and the City of Ypsilanti recorded on July 17, 1967 in Liber 1207 Page 543.

2. Easement granted to the City of Ypsilanti recorded on November 17, 1967 in Liber 1225 Page 180, as shown on Survey.

3. Agreement made by and between Mill Development Company and The Detroit Edison Company recorded on February 13, 1968 in Liber 1234 Page 421.

4. Easement Grant and Declaration of Restrictions granted to The Detroit Edison Company and Michigan Bell Telephone Company recorded on January 11, 1968 in Liber 1243 Page 186.

5. Agreement made by and between Mill Development Company and the City of Ypsilanti recorded in Liber 1299 Page 217.

6. Easement granted to the City of Ypsilanti recorded on December 12, 1969 in Liber 1311 Page 65.

7. Agreement - Easement - Restrictions by and between Detroit Edison Company, et al. and Michigan Bell Telephone Company recorded on April 16, 1971 in Liber 1354 Page 375.

8. Agreement - Easement - Restrictions granted to the Detroit Edison Company recorded on June 21, 1971 in Liber 1361 Page 112.

9. Memorandum of Agreement made by and between Huron View Properties, L.L.C. and Comcast of the South, Inc. recorded on August 5, 2009 in Liber 4746 Page 426.

10. Survey prepared by Jonathan Murphy, PLS of Murphy Geomatics dated 3/16/2022, last revised _____, discloses the following:
a. Asphalt extends beyond northerly property line;
b. Stairway extends beyond southerly property line;
c. Rights of others, both public and private, in and to overhead wires, utility poles, fire hydrants, electrical utility and any other utility equipment on or crossing subject property;