# EXHIBIT 7



**PROPOSAL**

Amy Vurjov
Arbor One Apartments
799 Green Road
Ypsilanti, MI 48198
313-686-0399
amyv@arboroneypsilasnti.com

Date:  10-03-2024
Sales:  Zach Lavoy
PH:  734-678-9364
zlavoy@buildwci.com

**Project: 19 Apartment Building Projects**

-Confirm list of specifics of each building of what the City would like done on each apartment building to code

-Projects will be done on a time/material basis. Hourly pay per carpenter is $120.00 per hour. Material charge will be cost plus 45%

-**45% will also be added for all subcontractors used on the projects as well**

-If client confirms to move forward, at signing $7,000.00 will be needed to put down as a deposit for projects to be started

-After deposit is used, while work is going, weekly payments will be made to keep all projects going. If payments are not made, work will be stopped until payment is made

Wilderness Construction, Inc.  -  PO Box 799, Saline MI 48176  -  734-429-0616    Initial:  _____

-**Wilderness is unable to put together a quote with a price until exact detail is given for each building specifically on what the city is looking to have done. Also cannot give a timeline as to how long project would take until all specifics/material needed are given to us for each building

-WCI to clean up all job-related material as jobs are being completed

**Total Cost for downpayment of project $7,000.00**

Permits:  Cost from municipality + $450 acquisition fee + $125.00 for additional trips needed for re-inspects.  This amount will be added to the final invoice.

## Terms and conditions of Wilderness Construction

### Labor Warranty:
Labor provided by Wilderness Construction is warranted to be free from defects in workmanship for a period of eighteen (18) months from initial completion date excluding minor punch list items.

### Product or Material Warranty:
Warranties expressed or provided by product and material suppliers need to be handled directly with that manufacturer.  Wilderness Construction is not liable for warranties expressed by the manufacturer.

### Payment Terms:
The above pricing reflects a 4% discount for payment with cash or check. Payments by credit card or financing will not receive this discount. Final payment is due upon completion of the project. Accounts not paid within (30) days of completion of the job shall be subject to interest charges of eighteen percent per annum, and in no event higher than the interest rate allowed by law. In any case where completion is delayed due to customer selection delays, product warranty replacements and or manufacturing defects, the customer agrees to pay the contract balance less 50% of the affected product MSRP until the said issue has been resolved.

### Schedule Commitments:
All written start/complete dates are subject to weather conditions, labor shortage due to illness, equipment failure, product availability or delays required to finish previously scheduled projects which, with any such type occurrence, will hold the contractor harmless for resulting delays. In no event, will cancellation or withholding of payment be justified because of schedule changes.

### Landscaping and yard:
Wilderness Construction will try to work as careful as possible on and around your yard and landscaping. Unfortunately, some yard and landscaping repair may be needed after completion of the project.   Any repair pr replacement needed is the responsibility of the homeowner.

**Contract Specifications:**

Labor or material options that may have been discussed during the quotation process not specified in writing on the approved contract are not included and will incur extra charges. A change order/additional work order will be issued for customer approval.

**Arbitration:**

It is agreed between the Buyer and Seller, that should a disagreement occur, it will be resolved by a small claims court or, if in excess of that jurisdiction, ($1,500.00), by Arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association then in effect unless the parties mutually agree otherwise. This agreement to arbitrate shall be specifically enforceable under the prevailing arbitration law. In either event, the costs of proceedings will be paid by the party deemed to be wrong.

**Material/Product Guarantees:**

All material is guaranteed to be as specified on the quote provided. Non installation related product warranty claims shall be resolved by the manufacturer.

**Insurance:**

Wilderness Construction and our labor force are fully licensed and insured.

**Additional:**

Unforeseen conditions such as but not limited to rotted wood, hidden wires, cables, water lines, vent pipes, duct lines, buried cement, steel, boulders, etc. and additional work requested by the client will be charged at a rate of $120.00/Hr. per carpenter for labor including travel time to acquire materials, plus our cost for materials marked up 45%. Additional trades required other than Wilderness Construction carpenters due to unforeseen conditions and or additional work requested by the client such as but not limited to electrical, plumbing, HVAC, masonry, and specialized abatement services will be charged additional as quoted to the client.

**\*\*\* ACH and Wire forms of payment are not accepted at this time.  If you receive a notice from Wilderness Construction, Inc. about paying with any kind of electronic payment, please contact us right away so we can resolve the issue. \*\*\***

The Client has read and fully understands the conditions above and accepts these conditions as part of the contract agreement.

Client signature:  _____          Date:  _____

Printed name:       _____

Wilderness Construction, Inc.  -  PO Box 799, Saline MI 48176  -  734-429-0616     Initial: _____