# EXHIBIT 8

| | |
|---|---|
| **Subject:** | FW: FORMAL REQUEST - EXTERIOR INSPECTION CORRECTION NOTICE ARBOR ONE APARTMENTS AND ARBOR WEST |

**From:** Amy Vujnov
**Sent:** Thursday, September 5, 2024 7:25 PM
**To:** Jerry Dunham <JDunham@cityofypsilanti.com>
**Cc:** Joe Meyers <JMeyers@cityofypsilanti.com>; Hellenga, Andrew <ahellenga@cityofypsilanti.com>
**Subject:** RE: FORMAL REQUEST - EXTERIOR INSPECTION CORRECTION NOTICE ARBOR ONE APARTMENTS AND ARBOR WEST

Jerry,

I received your response to the owners request for an extension to a later date for the exterior correction and have forwarded this information to the ownership.  Thank you kindly.

*Amy K. Vujnov*
Regional Project Manager
Arbor One Apartments & Townhomes
799 Green Road
Ypsilanti, MI 49198
Amyv@arboroneypsilanti.com
734-487-5751 office
313-686-0399 cell

**From:** Jerry Dunham <JDunham@cityofypsilanti.com>
**Sent:** Thursday, September 5, 2024 4:53 PM
**To:** Amy Vujnov <amyv@arboroneypsilanti.com>
**Cc:** Joe Meyers <JMeyers@cityofypsilanti.com>; Hellenga, Andrew <ahellenga@cityofypsilanti.com>
**Subject:** RE: FORMAL REQUEST - EXTERIOR INSPECTION CORRECTION NOTICE ARBOR ONE APARTMENTS AND ARBOR WEST

Good afternoon,

An attorney for Arbor One reached to the City of Ypsilanti on August 22 requesting a meeting. The attorney was going to get back to the City with a date the owner could attend since he lives out of state,  As of today, the City hasn't heard back from Arbor One with a date for meeting.  Therfore the Building department plans to inspect on Sept 17th as the notices state.

A new letter will be sent for 835 Green since the original letter didn't include the re-inspection date.

Thank you

Jerry Dunham II
Building Department Manager
City of Ypsilanti
JDunham@cityofypsilanti.com

734-482-1025
www.cityofypsilanti.com



**From:** Amy Vujnov <amyv@arboroneypsilanti.com>
**Sent:** Wednesday, September 4, 2024 6:58 PM
**To:** Jerry Dunham <JDunham@cityofypsilanti.com>; Joe Meyers <JMeyers@cityofypsilanti.com>; BSA Email <bsaemail@cityofypsilanti.com>
**Cc:** Housing Inspectors <HousingInspectors@cityofypsilanti.com>
**Subject:** FW: FORMAL REQUEST - EXTERIOR INSPECTION CORRECTION NOTICE ARBOR ONE APARTMENTS AND ARBOR WEST
**Importance:** High

**Attention:** This email was sent to the City of Ypsilanti from an **_external source._** Please be extra vigilant when opening attachments or clicking links.

Resending email – one incorrect email – forwarding with correction.  Please see below email

*Amy K. Vujnov*
Regional Project Manager
Arbor One Apartments & Townhomes
799 Green Road
Ypsilanti, MI 49198
Amyv@arboroneypsilanti.com
734-487-5751 office
313-686-0399 cell

**From:** Amy Vujnov
**Sent:** Wednesday, September 4, 2024 6:55 PM
**To:** Jerry Dunham <JDunham@cityofypsilanti.com>; Joe Meyers <JMeyers@cityofypsilanti.com>
**Cc:** HousingInspections@cityofypsilanti.com; City of Ypsilanti <buildingdept@cityofypsilanti.com>
**Subject:** FORMAL REQUEST - EXTERIOR INSPECTION CORRECTION NOTICE ARBOR ONE APARTMENTS AND ARBOR WEST
**Importance:** High

Mr. Jerry Dunham & The City Of Ypsilanti Inspection Department:

My name is Amy K. Vujnov,  I am the Regional Project Manager of Arbor One Apartments and Townhomes (Arbor One LLC) and Arbor One West (VTP River Woods).  I received by way of email **EXTERIOR INSPECTION CORRECTION NOTICES** for every building at Arbor One and West.  (Please see all listed addresses and re-Inspection dates listed below).   Please note, several of the letters from the City were dates July 30th and some August,13th but I received them on August 13th towards the end of the business day via email.

2

**The ownership of Arbor One/West would like to formally requesting an extension and rescheduling to a later date for the below listed building's Exterior Inspections at Arbor One/West.  We are requesting this in advance with consideration of the schedule process.**

Please contact me with question or concerns and we look forward to your prompt decision regarding our request.  Thank you kindly for your consideration.

Arbor West (VTP RIVER WOODS)
- 815 Green Road      Re-inspection 9/17      9:00 am
- 823 Green Road      Re-Inspection 9/17      9:00 am
- 829 Green Road      Re-Inspection 9/17      9:00 am
- 835 Green Road      Has no re-inspection time or date:
- 841 Green Road      re-Inspection 9/17      9:00 am
- 847 Green Road      Re-Inspection 9/17      9:00 am
- 853 Green Road      Re-Inspection 9/17      9:00 am

Arbor One North
- 720 Green Road      Re-Inspection 9/17      9:00 am
- 772 Green Road      Re-Inspection 9/17      9:00 am
- 1431 LeForge        Re-Inspection 9/17      9:00 am
- 1433 LeForge        Re-Inspection 9/17      9:00 am
- 721 W. Clark        Re-Inspection 9/17      9:00 am
- 773 Green           Fire Building

Arbor One South
- 721 Green Road      Re-Inspection 9/17      9:00 am
- 801 Green Road      Re-Inspection 9/17      9:00 am
- 1423 LeForge        Re-Inspection 9/17      9:00 am
- 1427 LeForge        Re-Inspection 9/17      9:00 am
- 725 Green Road      Re-Inspection 9/17      9:00 am
- 791 Green Road      Re-Inspection 9/17      9:00 am

*Amy K. Vujnov*
Regional Project Manager
Arbor One Apartments & Townhomes
799 Green Road
Ypsilanti, MI 49198
Amyv@arboroneypsilanti.com
313-686-0399 cell