# EXHIBIT 9



# City of Ypsilanti
### Building Department

<div style="border:1px solid red">

**NEW INSPECTION PROCEDURE**
**PLEASE READ PAGE 2 CAREFULLY**

</div>

December 05, 2022

211 N WASHINGTON LLC/
WASHINGTON STREET APARTMENTS LLC
23 N WASHINGTON
YPSILANTI MI 48197

**SUBJECT:   RESCHEDULING INSPECTION – 211 N WASHINGTON - 33 UNIT(S) Multi Family**

Dear property owner/agent,

Per your written request, we are re-scheduling your re-certification inspection appointment of the above property to the inspection date listed below. If you wish to change this appointment date and time, please advise this office, *__in writing__*, **at least three (3) business days prior** to the inspection. At that time, provide this office with a reasonable time schedule to complete the repairs and/or improvements.  Be advised, due to the volume of inspections we perform, our policy is to grant only one (1) rescheduling and not all requests can be granted.

| Inspection date: |
| --- |
| **February 09, 2023 through February 10, 2023** |
| **starting between 8:30 – 9:00 AM** |
| **HVAC Certification due: Prior to issuance of certificate** |

PLEASE NOTE:   City Code Section 18-131 requires the City's Property Registration form to be completed and returned to this office prior to the issuance of a required Certificate of Compliance and Occupancy Permit for a residential rental property.  The property owner/agent must notify this department in writing of any changes in ownership, mailing address, management, etc.

- For residential properties, City Ordinance 732 regulates the tenant's rights to privacy. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged for a **NO-SHOW.**
- No-show inspection fees are **$85 per unit for 1 & 2- family, $55.00 per unit for multi-family and $55.00 for commercial.**
- You or your agent must be present to admit the inspectors throughout the structure. The inspection will include all common areas, mechanical rooms, sleeping rooms, and apartments.

One South Huron Street   Tel:   (734) 482-1025   www.cityofypsilanti.com
Ypsilanti, MI  48197   Fax:  (734) 483-7444

YPSILANTI001876

**NEW PROCEDURES:**

**Commercial and Residential:**

- The inspector will arrive within the time-frame provided to begin the inspection. If the (property and/or business) owner and/or registered agent is not at the property and ready to begin the inspection a the time of the inspector's arrival, the inspector will wait 15 minutes from their arrival time. If the owner and/or agent are not present they will be charged a no-show fee and the inspection will be rescheduled.

Sincerely,

CITY OF YPSILANTI
Building/Housing Department

YPSILANTI001877

## Jenni Miller

| | |
|---|---|
| **From:** | Jenni Miller |
| **Sent:** | Monday, December 5, 2022 9:28 AM |
| **To:** | jessica@redshieldrentals.com |
| **Subject:** | RE: 211 N Washington Re-schedule |
| **Attachments:** | 4 Prop_Reg_Form.pdf |

We haven't received an updated property registration from, please complete and return so you will receive any/all correspondence from our office.


Thank you,

Jenni Miller
Office Manager
Building/Planning Department
Pronouns:  She/Her
jmiller2@cityofypsilanti.com
734-482-1025

All permits and/or forms are available online at www.cityofypsilanti.com under Permits.
Please be advised that we are not equipped for online or over-the-phone payments.



**From:** Jenni Miller
**Sent:** Monday, December 5, 2022 9:26 AM
**To:** jessica@redshieldrentals.com
**Subject:** RE: 211 N Washington Re-schedule

Please see the attached letter regarding the new date request, the original will be mailed out.

Thank you,

Jenni Miller
Office Manager
Building/Planning Department
Pronouns:  She/Her
jmiller2@cityofypsilanti.com
734-482-1025

All permits and/or forms are available online at www.cityofypsilanti.com under Permits.
Please be advised that we are not equipped for online or over-the-phone payments.



**From:** jessica@redshieldrentals.com <jessica@redshieldrentals.com>
**Sent:** Friday, December 2, 2022 4:00 PM

1

YPSILANTI001878

## Jenni Miller

| | |
|---|---|
| **From:** | Jenni Miller |
| **Sent:** | Monday, December 5, 2022 9:26 AM |
| **To:** | jessica@redshieldrentals.com |
| **Subject:** | RE: 211 N Washington Re-schedule |
| **Attachments:** | 211 N Washington.pdf |

Please see the attached letter regarding the new date request, the original will be mailed out.

Thank you,

Jenni Miller
Office Manager
Building/Planning Department
Pronouns:  She/Her
jmiller2@cityofypsilanti.com
734-482-1025

All permits and/or forms are available online at www.cityofypsilanti.com under Permits.
Please be advised that we are not equipped for online or over-the-phone payments.

**From:** jessica@redshieldrentals.com <jessica@redshieldrentals.com>
**Sent:** Friday, December 2, 2022 4:00 PM
**To:** Jenni Miller <jmiller2@cityofypsilanti.com>
**Subject:** 211 N Washington Re-schedule

**Attention:** This email was sent to the City of Ypsilanti from an *external source.* Please be extra vigilant when opening attachments or clicking links.

Hello Jenni,
I am looking to get an extension/reschedule for the building inspection @ 211 N Washington. We just recently acquired this property and have not had enough time to properly prepare, we also have a few other inspections at our other properties these days that cause a scheduling conflict with our office.
Thank you for your assistance with this.
Thank you,

## Jessica Thiem
Red Shield Rentals

 **Red Shield Rentals LLC**

Office: (734)547-5812
Email: jessica@redshieldrentals.com

1

YPSILANTI001879

**Jenni Miller**

| | |
|---|---|
| **From:** | jessica@redshieldrentals.com |
| **Sent:** | Friday, December 2, 2022 4:00 PM |
| **To:** | Jenni Miller |
| **Subject:** | 211 N Washington Re-schedule |

**Attention:** This email was sent to the City of Ypsilanti from an *external source.* Please be extra vigilant when opening attachments or clicking links.

Hello Jenni,
I am looking to get an extension/reschedule for the building inspection @ 211 N Washington. We just recently acquired this property and have not had enough time to properly prepare, we also have a few other inspections at our other properties these days that cause a scheduling conflict with our office.
Thank you for your assistance with this.
Thank you,

# Jessica Thiem
Red Shield Rentals

 Red Shield Rentals LLC

Office: (734)547-5812
Email: jessica@redshieldrentals.com

 APPROVED

2|9 - 2|10

1

YPSILANTI001880



# City of Ypsilanti
### Building Department

*handwritten: 5/25/21 Restart Cycle*

February 12, 2020

108 WASHTENAW LLC
23 N WASHINGTON
YPSILANTI MI 48197

**SUBJECT:   RESCHEDULING INSPECTION – 108 WASHTENAW - 28 UNIT(S)**

Dear property owner/agent,

Per your written request, we are re-scheduling your re-certification inspection appointment of the above property to the inspection date listed below. If you wish to change this appointment date and time, please advise this office, ***in writing***, **at least three (3) days prior** to the inspection. At that time, provide this office with a reasonable time schedule to complete the repairs and/or improvements.   Be advised, due to the volume of rental inspections we perform, our policy is to grant only one (1) rescheduling and not all requests can be granted.

| Inspection date: |
| :---: |
| **April 27, 2020 between 10:30 – 11:00 AM (immediately following the inspection of 507 N Hamilton)** |
| **HVAC Certification due: 05/01/2020 – Updated HVAC Certification is required prior to the expiration date** |

**NOTE:   The previous certificate expired 08/2018.   Your failure to correct the violations and repairs and/or if inspector is unable to gain entry on the scheduled inspection date may/will result in this office issuing a CITATION (court appearance required along with fines and costs) for allowing occupancy without the required certificate of compliance.**

PLEASE NOTE:   City Code Section 18-131 requires the City's Property Registration form to be completed and returned to this office prior to the issuance of a required Certificate of Compliance and Occupancy Permit for a residential rental property.   The property owner/agent must notify this department in writing of any changes in ownership, mailing address, management, etc.

- Be advised that City Ordinance 732 regulates the tenant's rights to privacy. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85 per unit for 1 & 2- family and $55.00 per unit for multi-family.**
- You or your agent must be present to admit the inspectors throughout the structure. The inspection will include all common areas, mechanical rooms, sleeping rooms, and apartments.

CITY OF YPSILANTI
Building/Housing Department

One South Huron Street          Tel:   (734) 482-1025          www.cityofypsilanti.com
Ypsilanti, MI   48197          Fax:   (734) 483-7444          YPSILANTI000008

## Inspection Report                                      C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

### Property and Inspection Information:

| | |
|---|---|
| **Property:** 108 WASHTENAW | **Type:** Multi-Family |
| **Dwelling units:** 28 | **Number of units inspected:** 1 |
| **Inspector:** John Roe | **Date of this inspection:** 12/19/2019 |
| **HVAC due:** 05/01/2020 – Updated HVAC Certification required prior to expiration date | **Date of next inspection:** April 27, 2020 between 10:30 – 11:00 AM (immediately following the inspection of 507 N Hamilton) |

### Violations and/or Repairs:

**NOTE:  The previous certificate expired 08/2018.  Your failure to correct the violations and repairs and/or if inspector is unable to gain entry on the scheduled inspection date may/will result in this office issuing a CITATION (<u>court appearance required along with fines and costs</u>) for allowing occupancy without the required certificate of compliance.**

## Note: <u>Install shelf closing hinges on all apartment entry doors, to all units. Ensure the front common entry door closes and latches on it own and the fire doors leading to the back fire escape stairway close and latch at all times.</u>

**Exterior – Repairs must be completed by October 28, 2019.**
1) Replace the missing screens and the damaged ones around the entire building.
2) Repair the back fence to original condition **(to repair, replace or remove the fence you must first apply to the HDC for approval).**
3) Replace the rotting OSB plywood next to the back door, paint to match. **(Required HDC approval also)**
4) Sand and paint the rusty door jamb.
5) Scrape, caulk, and paint all window frames and sashes.
6) Trash dumpster must be 10 feet from the building.
7) Replace the broken storm window on the south/west corner of the building.
8) Trim the hedges back from the building on the east side.
9) Remove the noxious weeds and scrub trees from around the building.

Note: HVAC Certification will expire 05/2020, update HVAC Certification is required prior to the expiration date.

**YPSILANTI000010**

# Jenny Wennerberg

| | |
|---|---|
| **From:** | Javier Sastre <jsastre@gobeal.com> |
| **Sent:** | Monday, January 20, 2020 10:16 AM |
| **To:** | Jenny Wennerberg |
| **Subject:** | 108 Washtenaw Inspection |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm emailing to request an extension until 4/15 so we can do the exterior painting.

Thank you,

Javier Sastre, Property
Manager & Leasing Agent
Beal Properties LLC
23 N Washington St.
Ypsilanti MI 48197
C:
O: 734-662-6133 x122

www.GoBeal.com

1

YPSILANTI000012

# City of Ypsilanti
### Building Inspection Department

8-20-18

63873

1/0

June 29, 2018

WASHINGTON STREET APARTMENTS LLC
23 N WASHINGTON
ANN ARBOR MI 48103

**SUBJECT:   RESCHEDULING INSPECTION – 211 N WASHINGTON - 33 UNIT(S)**

Dear property owner/agent,

Per your written request, we are re-scheduling your re-certification inspection appointment of the above property to the inspection date listed below. If you wish to change this appointment date and time, please advise this office, _**in writing,**_ at least **three (3) days prior** to the inspection. At that time, provide this office with a reasonable time schedule to complete the repairs and/or improvements.   Be advised, **not all requests can be granted**.

> Inspection date:   Monday, August 20, 2018 between 2:30 – 3:00 pm.

PLEASE NOTE:   City Code Section 18-131 requires the City's Property Registration form to be completed and returned to this office prior to the issuance of a required Certificate of Compliance and Occupancy Permit for a residential rental property.   The property owner/agent must notify this department in writing of any changes in ownership, mailing address, management, etc.

A rental certificate only applies to the structure's use under the building codes enforced by the Building Department and in no way does it approve the use under the city's Zoning Ordinance. Please refer all zoning issues to the Planning Department, (734.483.9646).

- Be advised that City Ordinance 732 regulates the tenant's rights to privacy. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$55.00 per unit.**
- You or your agent must be present to admit the inspectors throughout the structure. The inspection will include all common areas, mechanical rooms, sleeping rooms, and apartments.

CITY OF YPSILANTI
Jenni Wennerberg
Building/Housing Secretary
jwennerberg@cityofypsilanti.com

| One South Huron Street | Tel:   (734) 482-1025 | www.cityofypsilanti.com |
|---|---|---|
| Ypsilanti, MI   48197 | Fax:   (734) 483-7444 | **YPSILANTI001911** |

have been incorrectly interpreted, the provisions of this Code do not fully apply, or the requirements of the International Property Maintenance Code as amended are adequately satisfied by other means. Ypsilanti City Code Section 18-93.

**PLEASE NOTE: City Code Section 18-131 requires the City's Property Registration form to be completed and returned to this office prior to the issuance of a required Certificate of Compliance and Occupancy Permit for a residential rental property. The property owner/agent must notify this department in writing of any changes in ownership, mailing address, management, etc.**

Prior to the scheduled inspection, please be aware of the following:

- City Code section 58-138 regulates the tenant's rights to privacy and regulation of entry. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$85.00 per unit.**

- You or your agent must be present to admit the inspectors throughout the structure(s). The inspection will include all common areas, mechanical rooms, sleeping rooms, apartments and accessory structures.

- A rental certificate only applies to the structure's use under the building codes enforced by the Building Department and in no way does it approve the use under the city's Zoning Ordinance. Please refer all zoning issues to the Planning Department, (734.483.9646).

- **PM-603.7 HVAC Certification Requirement** - All gas fired heating equipment shall be serviced and inspected by a licensed mechanical contractor. The contractor must provide certification of inspection minimally every 4 years and shall be on the form approved by the Building Official, (obtain online or in office). Inspectors may require cleaning and service more frequently based on observations made during the inspections.

- Pursuant to section 106.3 of the International Property Maintenance Code as amended, the costs of any enforcement action will be charged against the real estate upon which the structure is located and are a lien upon such real estate. Additionally, fines, fees, and costs imposed for violations may be imposed and collected as set forth in City Code sections 1-15(4) and 71-73.

**REMINDER:** As of March 14, 2007 **all battery powered smoke detectors** shall be equipped with a minimum five (5) year non-rechargeable (lithium type) battery.

We appreciate your cooperation throughout this process.

CITY OF YPSILANTI

*John Roe*

John Roe
Coimpliance and Housing Inspector

YPSILANTI001913

6-28-18

## Jenny Wennerberg

| | |
|---|---|
| **From:** | Javier Sastre <jsastre@gobeal.com> |
| **Sent:** | Wednesday, June 27, 2018 1:42 PM |
| **To:** | Jenny Wennerberg |
| **Subject:** | 211 N Washington St Inspection |

Jenny,

I'm email because we just received the new inspection report C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 for 211 N Washington. Due to the fact that most of the items on this list needs to be contracted out I'm email to request an extension. Please confirm you have received this written notice today which is more than the 3 days required.

Please let me know what the next available date is so I can make sure all contracted work is scheduled to be completed before inspection.

Thank you,

**Javier Sastre, Property**
**Manager & Leasing Agent**
**Beal Properties LLC**
**23 N Washington St.**
**Ypsilanti MI 48197**
**C:** ▮▮▮▮▮
**O: 734-662-6133** x122

**www.GoBeal.com**

mon
Aug 20
30

1

YPSILANTI001916

Monday, September 25, 2006

*Inv 06.1863*
*Thurs Nov 30, 06*
*@ 3:30 pm*

MICHIGAN COMMERCIAL REALTY LLC
2141 S STATE ST STE A
ANN ARBOR MI 48104

**SUBJECT:  RESCHEDULING INSPECTION -- 208 N NORMAL 1/0**

Due to a conflict in our schedule, we are re-scheduling your re-certification inspection appointment of the above property presently scheduled for November 3, 2006. This re-certification inspection of your rental property will now be conducted on **WEDNESDAY, NOVEMBER 8, 2006 @ 2:15 pm.** If you wish to change this appointment date and time, please advise this office, **in writing, at least three (3) business days prior** to the inspection.  Be advised, **not all requests can be granted**.

**Please note Ordinance 969 requires the City's Property Registration form to be completed and returned to this office prior to the issuance of a required Certificate of Compliance and Occupancy Permit for a residential rental property.**

For clarification, a rental Certificate only applies to the structure's use under the Building Codes enforced by this department and in no way **DOES IT APPROVE THE USE UNDER THE CITY'S ZONING ORDINANCE.**  Please refer all Zoning issues to the City Planner as approval can only be issued by the City Planner (734/483-9646).

- Be advised that City Code Section 58-136 regulates the tenant's rights to privacy. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$53.00 per unit.**
- You or your agent must be present to admit the inspectors throughout the structure. The inspection will include all common areas, mechanical rooms, sleeping rooms, and apartments.

Your failure to keep the above appointment will result in this office requesting an Administrative Search Warrant, which if granted, will allow the inspection without your consent. Should we obtain a search warrant, you will be charged an inspection fee of **$53.00 per unit.**

CITY OF YPSILANTI

Vickie Bailey, Secretary
Building Inspection Division

**NOTE:  Ordinance No. 969, Sec. 18-131 requires the property owner/agent to notify this department in writing of any changes in ownership, mailing address, management, etc.**

Pc:  RIDHA NOORALDEEN M 2038 S SEVENTH ST ANN ARBOR MI 48103

**YPSILANTI001621**

September 19, 2006

RIDHA NOORALDEEN M
2038 S SEVENTH ST
ANN ARBOR MI 48103

**SUBJECT: RE-SCHEDULED INSPECTION - 208 N NORMAL 1/0**

Per your request, we are re-scheduling your re-certification re-inspection appointment of the above rental property. Your inspection will now be conducted on **FRIDAY, NOVEMBER 3, 2006 @ 2:15 pm.** Due to the increased number of re-certifications (3 or more rental dwelling units) and new certifications (single and two unit rentals), we will **not be able to grant any further requests for re-scheduling appointments**. Please note your Certification expires **and you will/may** be occupying this structure contrary to City Code requirements.

Be advised that City Ordinance 732 regulates the tenant's rights to privacy. The property owner must give tenants at least **seventy-two (72) hours written notice** for the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$53.00 per unit.**

**Please note Ordinance 969 requires the City's Property Registration form to be completed and returned to this office prior to the issuance of a required Certificate of Compliance and Occupancy Permit for a residential rental property.**

Failure to keep the above appointment will result in this office requesting an Administrative Search Warrant, which if granted, will allow this inspection without your consent. Should we obtain a search warrant, you will be charged an inspection fee of **$53.00 per unit.** We look forward to conducting this inspection in accordance with enforcement of City code requirements and to issuing your Certificate of Compliance and Occupancy Permit within the immediate future.

CITY OF YPSILANTI

Vickie Bailey, Secretary

**NOTE: Ordinance No. 969, Sec. 18-131 requires the property owner/agent to notify this department in writing of any changes in ownership, mailing address, management, etc., within 14 days of any changes. This Ordinance also requires a property owner/agent to provide a completely filled in Property Registration form (with all required information included) to this office within 14 days of receipt.**

pc: MICHIGAN COMMERCIAL REALTY LLC 2141 S STATE ST STE A ANN ARBOR MI 48104

YPSILANTI001622

# COLONY APARTMENTS

2038 So. Seventh Street
Ann Arbor, MI 48103
Telephone: (313) 663-5032

RECEIVED
SEP 1 8 2006
BY:----------------

September 18, 2006

City of Ypsilanti
Building Inspection and
Code Enforcement Department

Subject: Request for extension of inspection time

Reference is made to your letter dated July 24, 2006, Subject: "INITIAL 862 INSPECTION—208 N. NORMAL 1/0". We are in the process of changing the management for the property mentioned above, and we need an extension of one month from the date you mentioned to allow us to implement all the repairs you stated in your letter.

The subject house is unoccupied, and we do not expect to lease it this term.

Sincerely,

Al Ridha- Manager

Resch'd
Fri Nov 3.06
@ 2:15 pm

YPSILANTI001623

*9/22/06 Recort 33*

*LTR. Done*

*Inv 06.1675*

*Fri Nov 10, 06*

*@ 9:15 AM*

June 30, 2006

WASHINGTON ST APTS LLC
18420 DONEGAL CIRCLE
NORTHVILLE MI 48167

**SUBJECT: RE-SCHEDULED INSPECTION - 211 N WASHINGTON 33/0**

Per your request, we are re-scheduling your re-certification re-inspection appointment of the above rental property. Your inspection will now be conducted on **FRIDAY, SEPTEMBER 22, 2006 @ 9:15 am**. Due to the increased number of re-certifications (3 or more rental dwelling units) and new certifications (single and two unit rentals), we will **not be able to grant any further requests for re-scheduling appointments**. Please note your Certification expires **and you will/may** be occupying this structure contrary to City Code requirements.

Be advised that City Ordinance 732 regulates the tenant's rights to privacy. The property owner must give tenants at least **seventy-two (72) hours written notice** for the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$53.00 per unit**.

**Please note Ordinance 969 requires the City's Property Registration form to be completed and returned to this office prior to the issuance of a required Certificate of Compliance and Occupancy Permit for a residential rental property.**

Failure to keep the above appointment will result in this office requesting an Administrative Search Warrant, which if granted, will allow this inspection without your consent. Should we obtain a search warrant, you will be charged an inspection fee of **$53.00 per unit.** We look forward to conducting this inspection in accordance with enforcement of City code requirements and to issuing your Certificate of Compliance and Occupancy Permit within the immediate future.

CITY OF YPSILANTI

Vickie Bailey, Secretary

**NOTE: Ordinance No. 969, Sec. 18-131 requires the property owner/agent to notify this department in writing of any changes in ownership, mailing address, management, etc., within 14 days of any changes. This Ordinance also requires a property owner/agent to provide a completely filled in Property Registration form (with all required information included) to this office within 14 days of receipt.**

pc: NYRKKANEN MARTY 7795 CRANE ROAD YPSILANTI MI 48197

**YPSILANTI002002**

structure. The inspection will include all common areas, mechanical rooms, sleeping rooms, and apartments.

- Your failure to keep the above appointment will result in this office requesting an Administrative Search Warrant, which if granted, will allow the inspection without your consent. Should we obtain a search warrant, you will be charged an inspection fee of **$53.00 per unit**.

Sincerely,

CITY OF YPSILANTI

Frank Daniels
Housing Inspector

**NOTE:  Ordinance No. 969, Sec. 18-131 requires the property owner/agent to notify this department in writing of any changes in ownership, mailing address, management, etc.**

pc:WASHINGTON ST APTS LLC 18420 DONEGAL CIRCLE NORTHVILLE MI 48167

**211 N WASHINGTON**

YPSILANTI002001



*Reschd Fri Sept 22, 06
@ 9:15am*

## City of Ypsilanti

Building Inspection and
Code Enforcement Department

June 26, 2006

**RECEIVED**
JUN 3 0 2006
BY: ........................

*Miss Vicki
pls o. pls o pls
reschedule For later
date
thanks,
Marty*

NYRKKANEN MARTY
7795 CRANE ROAD
YPSILANTI MI 48197

**SUBJECT:  RE-CERTIFICATION INSPECTION -- 211 N WASHINGTON 33/0**

Your property was issued Certificate No. C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, which has or will expire 09/01/2006.  Chapter 63 of the City Code mandates inspection and re-certification for continued lawful operation of your multiple or single-family occupancy dwelling structure every two (2) years.

We have scheduled the above subject property for inspection on **TUESDAY, AUGUST 29, 2006 @ 9:15 am**. If you wish to change this appointment, please contact this office **in writing, at least three (3) week day business days prior** to this appointment date to request to re-schedule this appointment. However, as **not all requests can be granted, please call our office to confirm approval or denial of your request**.

For clarification, a rental Certificate only applies to the structure's use under the Building Codes enforced by this department and in no way **DOES IT APPROVE THE USE UNDER THE CITY'S ZONING ORDINANCE**.  Please refer all Zoning issues to the City Planner as approval can only be issued by the City Planner (734/483-9646).  **Please note Ord. 969 requires the City's Property Registration form to be completed and returned to this office prior to the issuance of your required Certificate of Compliance and Occupancy Permit for this residential rental property.**

- Be advised that City Ordinance 732 regulates the tenant's rights to privacy. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$53.00 per unit.**
- You or your agent must be present to admit the inspectors throughout the structure. The inspection will include all common areas, mechanical rooms, sleeping rooms, and apartments.
- Your failure to keep the above appointment will result in this office requesting an Administrative Search Warrant, which if granted, will allow the inspection without your consent. Should we obtain a search warrant, you will be charged an inspection fee of **$53.00 per unit.**

Your cooperation in this inspection process, which is mandated in order to assure the safety and health of all tenants, is greatly appreciated.

CITY OF YPSILANTI

Vickie Bailey, Housing Secretary

**NOTE:  Ordinance No. 969, Sec. 18-131 requires property owner/agent to notify this department in writing of any changes in ownership, mailing address, management, etc., within 14 days.  This Ordinance also requires a property owner/agent to provide a completely filled in Property Registration form (with all required information included) to this office within 14 days of receipt.**

Enc:  New Property Registration Form - (Return Promptly)

pc: WASHINGTON ST APTS LLC 18420 DONEGAL CIRCLE NORTHVILLE MI 48167

**YPSILANTI002003**

One South Huron Street
Ypsilanti, MI 48197          Tel   (734) 482-1025          www.CityofYpsilanti.com
                            Fax  (734) 483-7444

# CITY OF YPSILANTI, MICHIGAN

BUILDING INSPECTION DIVISION
525 WEST MICHIGAN AVENUE
YPSILANTI, MICHIGAN 48197-5400

TELEPHONE (734) 482-1025
FAX (734) 485-2289

*Inv POI-0360*
*4-4-01 Reinsp 1 @ 30.⁰⁰*
*Issue Cert 01-862-050*
*X 8/02*

March 7, 2001

RIDHA, L.L.C.
2038 S 7TH ST
ANN ARBOR MI 48197

### SUBJECT: RE-SCHEDULED INSPECTION - 208 N NORMAL   1/0

Dear Owner/Agent:

Per your request, we are re-scheduling your re-certification re-inspection appointment of the above rental property. Your inspection will now be conducted on **WEDNESDAY, APRIL 4, 2001 @ 10:00 a.m.** Due to the increased number of re-certifications (3 or more rental dwelling units) and new certifications (single and two unit rentals), we will **not be able to grant any further requests for re-scheduling appointments**.

Be advised that City Ordinance 732 regulates the tenant's rights to privacy. The property owner must give tenants at least **seventy-two (72) hours written notice** for the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$ 50.00 per unit**.

Failure to keep the above appointment will result in this office requesting an Administrative Search Warrant, which if granted, will allow this inspection without your consent. Should we obtain a search warrant, you will be charged an inspection fee of **$50.00 per unit**

We look forward to conducting this inspection and to issuing your Certificate of Compliance and Occupancy within the immediate future.

Sincerely,

CITY OF YPSILANTI

Frank Daniels
Housing Inspector

**NOTE:** It is the responsibility of the property owner to notify this office of any changes in ownership, address or management and to file an up-to-date Property Owner Registration form.

**YPSILANTI001638**

## Triangle Management, Inc.

1926 Washtenaw
Ypsilanti, MI 48197

Phone: 734.483.4657
Fax: 734.483.3277
Email: www.trianglemgt.com

*Fax Transmittal Form*

To   YPSI CITY BLD. DEPT.
     DEBBIE

**From**

Name:
Organization Name/Dept:
CC:
Phone number:
Fax number:

734 485 2289

**Ray Smith**

Phone: 734.483.4657
Fax: 734.483.3277
Email: www.trianglemgt.com

☐ Urgent
☑ For Review
☐ Please Comment
☑ Please Reply

Date sent:  2/20/01
Time sent:
Number of pages including cover page:  1

Message:
This IS TO INFORM YOU THAT I AM REQUESTING
TO RESCHEDULE THE UPCOMMING INSPECTION OF THE
PROPERTY LOCATED AT 208 NORMAL YPSI. SCHEDULED FOR
2/26/01 AT 10 AM.

PLEASE ADVISE ME AS SOON AS THIS REQUEST
IS GRANTED.

Thank you

YPSILANTI001639

# CITY OF YPSILANTI, MICHIGAN

**BUILDING INSPECTION DIVISION**
**525 WEST MICHIGAN AVENUE**
**YPSILANTI, MICHIGAN 48197-5400**

TELEPHONE (734) 482-1025
FAX (734) 485-2289

January 12, 2001

RIDHA, L.L.C.
2038 S 7TH ST
ANN ARBOR MI 48103

**SUBJECT:  INITIAL 862 INSPECTION -- 208 N NORMAL 1/0**

On September 2, 1997, the City of Ypsilanti adopted Ordinance No. 862 and the current edition of The BOCA National Property Maintenance Code/1996. The Building Inspection Division has the responsibility of enforcing the requirements of the Ordinance and Building Code. This inspection revealed the following items listed as repairs and/or improvements that must be corrected and re-inspected on **MONDAY, FEBRUARY 26, 2001 @ 10:00 a.m.** Please contact this office, **in writing,** at least **twenty-four (24) hours prior** to the scheduled date and time if this is an inconvenience. At that time, provide this office a request with a reasonable time schedule to complete the repairs and/or improvements.  Be advised, not all requests can be granted.

**SECTION PM-111.0 MEANS OF APPEAL**
**PM-111.1 Application for appeal: Any** *person* affected by a decision of the code official or a notice or order issued under this code shall have the right to appeal to the board of appeals, provided that a written application for appeal is filed within 20 days after the day the decision, notice or order was served. An application for appeal shall be based on a claim that the true intent of this code or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this code do not fully apply, or the requirements of this code are adequately satisfied by other means.

## Violations and/or Repairs inspected on Monday, January 8, 2001
**EXTERIOR**
1. Remove couches, chairs, wood crates, litter and debris of various descriptions throughout east side of the structure and west porch.
2. Replace broke storm window glass on northeast corner of the structure.
3. Replace broke basement window glass on northeast corner of the structure.
4. Relocate trash container to the back portion of the structure with tight fitted lids.
5. Secure armored cable on east porch.
6. Replace damaged and missing window screens from April 1 through December 1 of each year.
7. Remove air conditioner from west porch.
8. Repair west porch gutter.
9. Ice and snow shall be cleaned from public sidewalk on regular basic.

**INTERIOR**
10. Replace broken outlet cover on west wall of living room.
11. Up-draft opening in living room ceiling shall be sealed to eliminate view into the southwest bedroom on the 2nd level.
12. Replace broken window glass adjacent to the stairs to the 2nd level.

**YPSILANTI001640**

13. Scrape scaly paint from west wall adjacent to stairs to the second level and repaint
14. Repair kitchen ceiling and repaint.
15. Install GFCI or GFCI protected outlet in 2nd level bathroom.
16. Southwest bedroom must be thoroughly cleaned - please send housekeeping letter to tenant prior to your re-inspection.

**BASEMENT**

17. Basement must be thoroughly cleaned of litter and debris of various descriptions.
18. Repair active water leak in area of water meter.
19. Remove extension cord and plug adapter adjacent to the laundry facility
20. Remove remaining 2x4 and paneling from northwest corner of the basement.
21. Replace missing bottom portion of two ceiling light fixtures.
22. Install smoke detector in basement.

Improvements and/or repairs shall include, but not be limited to, the above. Permits are required for all electrical, mechanical, plumbing, or structural repairs. **IF UNSURE, PLEASE CALL OUR OFFICE TO SEE WHAT PERMITS ARE REQUIRED BEFORE YOU BEGIN ANY REPAIR WORK ON YOUR PROPERTY.**

We realize that it may not be feasible to correct some of the more difficult requirements within the time specified. Therefore, you must contact this office to inform us of your intentions regarding these violations and/or repairs to include a time schedule when the property can be certified to remain in operation as a multiple rental dwelling.

- Be advised that City Ordinance 732 regulate the tenant's rights to privacy. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$50.00 per unit.**
- You or your agent must be present to admit the inspectors throughout the structure. The inspection will include all common areas, mechanical rooms, sleeping rooms, and apartments.
- Your failure to keep the above appointment will result in this office requesting an Administrative Search Warrant, which if granted, will allow the inspection without your consent. Should we obtain a search warrant, you will be charged an inspection fee of **$50.00 per unit**.

Sincerely,

CITY OF YPSILANTI

Frank Daniels
Building Inspection Division
**NOTE: It is the responsibility of the owner to notify this department on any changes in owner, address, or management**
pc: Triangle Management, 1926 Washtenaw, Ypsilanti Michigan 48197

**YPSILANTI001641**



# CITY OF YPSILANTI, MICHIGAN

**BUILDING INSPECTION DIVISION**
525 WEST MICHIGAN AVENUE
YPSILANTI, MICHIGAN 48197-5400

TELEPHONE (734) 482-1025
FAX (734) 485-2289

*Jnv P01-0059*

*1-8-01 Recent 1 @ 35.-*

November 13, 2000

RIDHA, L.L.C.
2038 S 7TH ST
ANN ARBOR MI 48103

**SUBJECT:  RE-CERTIFICATION INSPECTION -- 208 N NORMAL 1/0**

Dear Property Owner and/or Agent:

Your property was issued Certificate Number 98-862-47, which has or will expire 8/00. Title VI, Chapter 63 of the City Code mandates inspection and re-certification for continued lawful operation of your multiple occupancy dwelling property.

The above subject property will be re-inspected on **MONDAY, JANUARY 8, 2000 @ 3:30 p.m.** If this appointment is not suitable, please contact this office, **in writing**, at least **twenty-four (24) hours prior** to this appointment date to request a more convenient appointment time.  Be advised, not all requests are able to be granted.

- Be advised that City Ordinance 732 regulates the tenant's rights to privacy. The property owner must give the tenants at least **seventy-two (72) hours written notice** prior to the inspection date. Should you fail to provide proper notice to the tenants and   they refuse to allow the inspection, you will be charged a **NO-SHOW** inspection fee of **$50.00 per unit.**
- You or your agent must be present to admit the inspectors throughout the structure. The inspection will include all common areas, mechanical rooms, sleepin~~g~~ ...
- Your failure to keep the above appointment will result ... Warrant, which if granted, will allow the inspection wit... warrant, you will be charged an inspection fee of **$50** ...

*LTR DONE*

*1 @ 35.00*

*PC - Triangle Management*
*1926 Washtenaw*
*Ypsilanti, M, 48A7*

Sincerely,

CITY OF YPSILANTI

Debbie Neville
Building Inspection Division

**NOTE:  It is the responsibility of the owner to notify this department on any changes in owner, address, or management**
Enc:  New Property Registration Form - (Return Promptly)

**YPSILANTI001642**